FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 29 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | Criminal Action No. |
| KAYRICKA WORTHAM | 1:22-CR-361 |

I, Kayricka Wortham, the above named defendant, who is accused of Conspiracy to Commit Wire Fraud, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 29, 2022, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Kayricka Wortham
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer