U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A  (With Counsel)

CRIMINAL NO. 1:22-CR-361

FILED IN OPEN COURT
U.S.D.C. - Atlanta
SEP 29 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

I, Kayricka Wortham, defendant, having received a copy of the within Information, and having been arraigned plead Not Guilty thereto to count 1 thereof.

In Open Court this 29th day of September, 2022.

_____    _____
SIGNATURE (Defense Attorney)    SIGNATURE (Defendant)
                                Kayricka Wortham

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404 5651200
Bar Number: 458150

645 Pine Valley Rd SW
Mableton, GA 30126

Phone: 470-230-7123

Filed in Open Court by:
_Amanda Zukowsky_    9/29/22
(Signature)          Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12