# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2022R00620)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO.   1:22-CR-361

MAGISTRATE CASE NO.

| Indictment DATE: | X Information DATE: September 29, 2022 | Magistrate's Complaint DATE: |
|---|---|---|

UNITED STATES OF AMERICA
vs.
KAYRICKA WORTHAM , A/K/A KAYRICKA DUPREE , A/K/A KAYRICKA YOUNG

SUPERSEDING INFORMATION
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X  Felony  Misdemeanor

---

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney:  Stephen H. McClain
Defense Attorney: