# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00361-TCB
## USA v. Wortham
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 11/30/2022.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 1:49 P.M.          COURT REPORTER: Lori Burgess
TIME IN COURT: 00:19                     DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kayricka Wortham Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicholas Lotito representing Kayricka Wortham<br>Stephen McClain representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing; Order of Forfeiture |
| MINUTE TEXT: | Defendant sworn; signatures authenticated. Court questioned Dft thoroughly re her change of plea and finds that the guilty plea to Count 1 of the Information is knowingly, intelligently, and voluntarily made. Court accepts the plea and adjudges the Dft guilty. Sentencing set for March 8, 2023. |