FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 30 2022

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM | Criminal Action No.<br><br>1:22-cr-00361-TCB |

## CONSENT PRELIMINARY ORDER OF FORFEITURE

Kayricka Wortham having pleaded guilty to the Information, pursuant to which the United States sought forfeiture of certain property under 18 U.S.C. § 982(a)(2), and the Court having determined that the property described below is subject to forfeiture pursuant thereto, that the Government has established the requisite nexus between said property and the offense charged in the Information, and the Defendant having consented to this Consent Preliminary Order of Forfeiture becoming final as to her, being made a part of her sentence, and being included in the judgment against her;

IT IS HEREBY ORDERED that Kayricka Wortham shall forfeit to the United States the following property pursuant to 18 U.S.C. § 982(a)(2):

a. MONEY JUDGMENT: A personal forfeiture money judgment in the amount of $9,469,731.45, which represents the proceeds that the Defendant obtained as a result of the offense in the Information.

b. FUNDS:

   i. $1,550,425.36 seized from Navy Federal Credit Union account ending in 6014 on August 12, 2022;

   ii. $954,950.57 seized from the Wells Fargo Bank NA account ending in 9248 on August 9, 2022;

   iii. $43,602.43 seized from the Wells Fargo Bank NA account ending in 7057 on August 9, 2022;

   iv. $133,734.26 seized from the Wells Fargo Bank NA account ending in 9485 on August 9, 2022; and

   v. $109,895.20 seized from the US Bank National Association account ending in 9030 on August 18, 2022.

c. REAL PROPERTY:

   i. Real property located at 4161 Weaver Street Southeast, Smyrna, Georgia 30080, and all buildings, appurtenances, improvements, and attachments thereon, more particularly described as:

   [Tax Parcel ID No.: 17069400340]
   ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 694 OF THE 17TH DISTRICT, 2ND SECTION OF COBB COUNTY, GEORGIA, AND BEING THE NORTH HALF OF LOT 6, ALL OF LOT NO. 7 AND 8 AND THE SOUTH 6.25 FEET OF LOT NO. 9, IN BLOCK B OF THE GILMER HEIGHTS SUBDIVISION AS PER PLAT RECORDED IN PLAT BOOK 3, PAGE 78 IN THE OFFICE OF THE CLERK OF SUPERIOR COURT OF COBB COUNTY, GEORGIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

> BEGINNING AT A POINT ON THE EAST SIDE OF WEAVER STREET, 462 1/2 FEET NORTH OF THE NORTHEAST CORNER OF WEAVER STREET AND COOPER LAKE ROAD; RUNNING THENCE NORTH ALONG THE WEST SIDE OF WEAVER STREET 68.75 FEET; THENCE EAST 148 FEET; THENCE SOUTH 68.75 FEET; THENCE WEST 148 FEET TO WEAVER STREET AND THE POINT OF BEGINNING, BEING IMPROVED PROPERTY WITH A HOUSE THEREON KNOWN AS 4161 WEAVER STREET, S.E. SMYRNA, GEORGIA.

d. VEHICLES:

   i. One 2019 Lamborghini Urus bearing vehicle identification number ZPBUA1ZL2KLA03008;

   ii. One 2021 Dodge Durango bearing vehicle identification number 1C4SDJH99MC762625;

   iii. One 2022 Tesla Model X bearing vehicle identification number 7SAXCBE51NF332904;

   iv. One 2018 Porsche Panamera bearing vehicle identification number WP0AB2A74JL136623; and

   v. One Kawasaki ZX636 motorcycle bearing vehicle identification number JKBZXJH19MA00976.

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Fed. R. Crim. P. 32.2(b)(6) and in such

a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), as incorporated by 18 U.S.C. § 982(b)(1), any person, other than the named Defendant, asserting a legal interest in the property may within thirty days of the final publication of the notice or their receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of the

4

third-party petitions. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture is hereby final as to the Defendant, but remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

SO ORDERED this 30th day of November, 2022.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
Norman L. Barnett
Assistant United States Attorney

Consented to:

_____
Nicholas A. Lotito
Attorney for Defendant
Georgia Bar No. 458150
Lotito & Kirschenbaum
1800 Peachtree Street, NW, Suite 300
Atlanta, Georgia 30309
nick@nlsklaw.com
(404) 565-1200