United States District Court
for the
Northern District of Georgia
Atlanta Division



Plaintiff, _United States of America_

v

Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRICKA YOUNG

Defendant,

BY: _K.W._, Surety/Subrogee for the Defendant KAYRICKA WORTHAM

| Form **1041-V** | Payment Voucher | OMB No. 1545-0092 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Make your check or money order payable to "United States Treasury"<br>Don't staple or attach this voucher to your payment or return. | 2022 |

| 1 Employer identification number (EIN) | | 2 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 92-6246796 | | | -9,469,731 | 45 |

**Print or type**

3 Name of estate or trust
KAYRICKA LATISH YOUNG

4 Name and title of fiduciary
Kayricka Wortham, Administrator

5 Address of fiduciary (number, street, and room or suite no.)
5686 Fulton Industrial Blvd SW #366294

City, state, and ZIP code
Atlanta, GA 30336

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.    Cat. No. 54561M




**IN GOD WE TRUST**
**ONE**

====================

====================
**SPECIAL DEPOSIT SPECIAL DEPOSIT**
**GUARANTEED**
**SIGNATURE GUARANTEED**




==================================================
*J50296057C*
==================================================

    Tender to Fiduciary trustee Kevin P Weimer, District Court Executive/ Clerk of Court for UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA including but not limited to Timothy C Batten, Sr. occupying the office of HONORABLE Chief judge who signed the order/judgement for the court case transaction number 1:22-CR-361-TCB, TWENTY ONE DOLLAR USPS MONEY ORDER of The United States of America well and truly tendered by and returned to Wortham, Kayricka private American national, private American Georgia National, surety, payor and redeemer, and tendered to the fiduciary for appointment for settlement, accord and satisfaction of any and all outstanding debts

    Jurisdiction of Tenderer is within the Union body, non-military occupied area, not subject to and wholly excluded from executive district and territorial emergency jurisdiction of the "United States" District of Columbia and Territories.

    It has been well settled beyond controversy under the power to borrow money on the credit of the United States, and to issue circulating notes for the money borrowed; when congress borrowed "We The People's" private credit it created a sovereign redemption and subrogation right in "We The People" and a breach of trust in the subrogors and mortgagees when they clog the "We The People's" right to redeem their collateral borrowed. Refusal of this tender constitutes an automatic exoneration of surety by operation of law.

_Tiffany Mullins_
Private Witness 1

( mark and impression)

_Wortham_
Wortham, Kayricka, heir, surety Redeemer Grantee.
C/o P.O Box 366294
Atlanta Georgia, Fulton County
The United States of America.

_signature_
Private Witness 2



**SURETY/SUBROGEE:**
Wortham, Kayricka Private American National Citizen of The United States of America
In Care of: C/o P.O Box 366294
Atlanta Georgia, Fulton County

**INTENDED RESPONDENT/CREDITOR-CO SURETY-SUBROGOR::**
Kevin P. Weimer OCCUPANT OF District Court Executive/ Clerk of Court
In care of: Agent located at Agent located at U.S District Court, Northern District of Georgia
2211 U.S Courthouse, 75 Ted Turner Drive SW, Atlanta Georgia 30303

Intended Respondent/creditor-subrogor:
Kevin P. Weimer OCCUPANT OF District Court Executive/ Clerk of Court
In care of: Agent located at U.S District Court, Northern District of Georgia
2211 U.S Courthouse, 75 Ted Turner Drive SW, Atlanta Georgia 30303

Intended Respondent/creditor-subrogor:
Timothy C Batten, Sr OCCUPANT OF Honorable Chief Judge of U.S DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA
In care of: Agent located at 2142 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW Atlanta, GA 30303

**Service by and Respond to:**

Wortham, Kayricka Private American National Citizen of The United States of America In Care of:
C/o P.O Box 366294
Atlanta, Georgia, Fulton County

RE: ALL Accounts in connection with case transaction number 1:22-CR-361-TCB , KAYRICKA WORTHAM., hereinafter "Account,"

## NOTICE OF PRIORITY INTEREST.
## NOTICE OF TENDER
## NOTICE OF APPOINTMENT.
## NOTICE OF SPECIAL DEPOSIT OF ORIGINAL PRIVATE TITLE DEEDS.
## NOTICE OF PRIVATE LAWFUL CONSIDERATION BY PRIVATE AMERICAN NATIONAL CITIZEN OF THE UNITED STATES OF AMERICA.

Greetings Mr. Kevin P. Weimer and Mr. Timothy C. Batten

The posterity, of the People who form the American union of the several states of The United States of America, and who are recognized internationally by King Christian III of England as sovereign in the Paris Peace Treaty, A.D. 1783. Those people create and scribed upon the written Declaration of Independence, A.D.1776; the Articles of Confederation, A.D.1776; the Constitution for the Commonwealth of Virginia, A.D. 1776; the written constitution for The United States of America, as Amended A.D.1791; and, also created the union of the several States and land of The United States of America, to which The prerogatives which pertain to the crown in England are here vested in the people, and the necessity for the existence of a public officer charged with the protection of public rights and the enforcement of public duties by proper proceedings in the courts of justice, is just as imperative here as there.

My authority is ordained and enumerated in article 6 section 2 clause 2 under the authority of the United States as a non statutory, unincorporated, private orthodox American citizen of the United States and national of one of the union member states, of a judicial nature, privately residing and privately domiciling within a non-military occupied private area not subject to the jurisdiction of the military municipal "laws of the United States" mode, process, and procedure.

It has been well settled beyond controversy under the power to borrow money on the credit

of the United States, and to issue circulating notes for the money borrowed; when congress borrowed "We The People's" private credit it created a sovereign redemption and subrogation right in "We The People" and a breach of trust in the subrogors and mortgagees when they clog the "We The People's" right to redeem their collateral borrowed.

I am the successor mortgagor with the right to exercise the equity of redemption that lies against the mortgage and the mortgagees. I tender dollar for perfected title of property and am not aware of any other claim that exist by beneficiary or heir

*Take Notice.* If this court chooses to ignore these facts or commit acts of repudiation as the Subrogor- trustee, then I shall be required to defer to the Appellate forum or the Supreme Court original jurisdiction in a high prerogative writ of QUO WARRANTO to wit I shall have no other option but to name your honor and this forum as Defendants in the Writ sought to dissolve the charter for the de facto activity that constitutes your breach of trust and you should know the burden of proof of de jure authority lies against you.

_____
Kayricka, private american,