# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | **Criminal Action No.:** |
| | : | **1:22-cr-00361-TCB** |
| KAYRICKA WORTHAM | : | |

## MOTION TO WITHDRAW

'Twas six days before Christmas,
The Courthouse was slow.
Filings were quiet,
The temperature low.

Departures and variances were hung in the air,
In hopes of a sentence both lenient and fair.
But out of the blue, nothing counsel foresaw,
Undersigned counsel was asked to withdraw.

So while I care for my client and wish her good health,
I am drafting this motion in spite of myself.
It is far from my preference, but not in my place.
Sadly, I ask to be removed from this case.

If the Court needs a hearing, just say when and where,
I'll spring from my chair and make sure I'm there.

Dated: December 19, 2022.

                                                  Respectfully submitted,
                                                  *s/Nicholas A. Lotito*
                                                  Georgia Bar No.: 458150

LOTITO & KIRSCHENBAUM
1800 Peachtree Street NW, Ste 300
Atlanta, GA 30309

(404) 565-1200      (404) 352-5636 Facsimile
nick@nlsklaw.com

**CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all parties in this case with the attached Motion to Withdraw in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of this electronic filing.

      This the19th day of December, 2022.

                                                Respectfully submitted,
                                                **s/ *Nicholas A. Lotito***
                                                Nicholas A. Lotito
                                                Georgia Bar No. 458150

Lotito & Kirschenbaum
1800 Peachtree St. NW
Suite 300
Atlanta, GA 30309
(404) 565-1200 (404) 352-5636 Fax
nick@nlsklaw.com