# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM,<br><br>    Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:22-cr-361-TCB |

## **O R D E R**

This case comes before the Court on Nicholas Lotito's motion [11] to withdraw as counsel for Kayricka Wortham. Lotito's motion [11] is GRANTED. However, the motion does not include the status of Wortham's representation. Therefore, Lotito is directed to promptly file a notice stating whether Wortham plans to retain new counsel or seeks appointed counsel.

IT IS SO ORDERED this 19th day of December, 2022.

_____
Timothy C. Batten, Sr.
Chief United States District Judge