# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM,<br><br>    Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:22-cr-361-TCB |

## **O R D E R**

This case comes before the Court on counsel Nicholas Lotito's notice [13] stating that Defendant Kayricka Wortham wishes to proceed pro se in this action. The Court hereby refers this case to the Magistrate Judge to determine if appointment of counsel is appropriate. If the Magistrate Judge finds that new counsel is necessary, the Magistrate Judge shall appoint new counsel.

IT IS SO ORDERED this 20th day of December, 2022.

_____
Timothy C. Batten, Sr.
Chief United States District Judge