United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 27 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

United States of America
Plaintiff,

v

Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRICKA YOUNG
Defendant,

Notice of Retraction of Waiver and Rescission of Signature

Dupree, Kayricka Latish
c/o: 5686 Fulton Industrial Boulevard SW
Unit 366294
Atlanta, Georgia, Fulton County
(470) 230-7123

# NOTICE OF RETRACTION OF WAIVER AND RESCISSION OF SIGNATURE

Honorable Timothy C. Batten Chief Judge
2142 Richard B. Russell Federal Building and U.S Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**IN RE:** Case No. <u>1:22-CR-361</u>

i, kayricka, only real party in interest and implied surety for Principal Debtor/Defendant in this matter, is competent enough to handle my own affairs and my authority is ordained and enumerated in article 6 section 2 clause 2 under the authority of the United States as a non statutory, unincorporated private orthodox American citizen of the United States and national of one of the union member states

**Take Notice**, of this signed writing which acts as a retraction of any previous waiver of the obligor's rights and modification in connection with ALL accounts and case transaction number 1:22-CR-361-TCB , obligor tax payer Georgia state organization KAYRICKA DUPREE bond# 19911519491, SSN 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, hereinafter "Account," and rescission upon receipt of this reasonable notice, you're required to adhere to the strict performance of any terms previously waived.

cc:

Honorable Russell G. Vineyard
Chief United States Magistrate Judge
2027 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

By: _____

Kayricka, private american of the United States and national of the union member state of Georgia, real party in interest and successor Israelite heir of God and promisee to the promise land.