United States District Court
for the
Northern District of Georgia
Atlanta Division



United States of America
Plaintiff,

v

Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRICKA YOUNG

Defendant,

Notice of Deposit Into Chambers

Julian Date: 22355 [December 21, 2022]

## NOTICE OF DEPOSIT INTO CHAMBERS

**Take Notice.** i, kayricka, only real party in interest and implied surety for Principal Debtor/Defendant in this matter, did deposit a Special deposit for settlement of ALL Accounts in connection with case transaction number 1:22-CR-361-TCB , obligor tax payer Georgia state organization KAYRICKA DUPREE bond number XXXXXXX9491, SSN XXX-XX-XX19, hereinafter "Account,", a Notice of Retraction of Waiver and rescission of signatures and a High Prerogative Writ of Quo Warranto to Kevin P. Weimer, clerk of court and Chief Justice Timothy C. Batten in chambers.

By: _____/s/ Kayricka_____

Kayricka, real party in interest, implied surety, private american of the United States and national of the union member state of Georgia, successor Israelite heir of God and promisee to the promise land.