United States District Court
for the
Northern District of Georgia
Atlanta Division



United States of America
Plaintiff,

v

Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRECKA YOUNG
Defendant,

Curia Regis - High Prerogative Writ of Scire Facias

# Curia Regis

# High Prerogative Writ of Scire facias

## Notice of court transaction adoption by heir-beneficial owner

Julian Date: 22361 [December 27, 2022]

Honorable Timothy C. Batten Chief Judge
2142 Richard B. Russell Federal Building and U.S Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

i, kayricka, do hereby issue a high prerogative writ of scire facias for which the grounds upon which i exercise my inherent prerogative right to attach and enforce the grants of authority, are in substance: a scire facias that executes upon the record statewide is in the best interest of the public, by protecting private property rights against statutory grants of authority.

Where the property or its product has been inextricably commingled with other property, the constructive trust preserves for the beneficiary a proportionate interest

I hereby adopt and seize this court transaction with the property as having been made for my benefit

King's title is perfect

King suffers no minority

Equity regards done as which ought to be done

Cc:

Norman L. Barnett
Assistant United States Attorney
Assistant United States Attorney
United States District Attorney's Office
75 Spring Street, S.W., Suite 600
Atlanta, Georgia 30303

Stephen McClain
Assistant United States Attorney
United States District Attorney's Office
75 Spring Street, S.W., Suite 600
Atlanta, Georgia 30303

Drafted By:

_____
Kayricka heir- beneficial owner, private civilian of the United States and
National of the union member nation of Georgia privately residing privately
Domiciling within a non-military occupied private area not subject to
The jurisdiction of the military municipal " Laws of the United States"
Mode, process and procedure. Bearer of the Kingship of Heaven