To: courtroom deputy clerk of U.S. District Court,
Northern District of Georgia (Atlanta Division)

Special Private Confidential Priority

RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta
DEC 19 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Greetings, to whom these presents shall concern.

I have enclosed by United States Postal Service delivery a true and correct copy of the Notice of Termination of Attorney and Client Relationship along with a Notice of Termination of Attorney and Conflict or Variance of law for the honorable chancellor and chief justice Timothy C. Batten Sr. to review in chambers.

No man can serve two masters: for either he will hate the one, and love the other; or else, he will hold to the one, and despise the other, Ye cannot serve God and mammon. Matthew 6:24

Julian Date: 22346[December 12, 2022]

DuPree, Kayricka Latish
c/o: 5686 Fulton Industrial Boulevard SW
Unit 366294
Atlanta, Georgia, Fulton County
(470) 230-7123

## CERTIFICATE OF SERVICE

i, Kayricka of the Family DuPree, private American National Citizen of the United States of America certify that a copy of the following has been served on Courtroom Deputy Clerk for Judge's Chambers:

**Notice of Termination of Attorney and Client Relationship.**

A true and accurate copy of the forgoing, was served via the post office of "The United States of America" and Electronic service addressed to Courtroom Deputy clerk for Chief Judge of U.S. District Court, Northern District of Georgia as follows:

Ms. Uzma Wiggins, Courtroom Deputy Clerk
uzma_wiggins@gand.uscourts.gov

Mr. Timothy C. Batten, Chief Judge
2142 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Signed, sealed and specially deposited,

Julian Date: 22346 [December 12, 2022]     By: _____

Kayricka, private american of the United States and national of the union member state of Georgia, privately residing privately domiciling within a non-military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode, process and procedure of the Kingship of Heaven.

Julian Date: 22346 [December 12, 2022]

DuPree, Kayricka Latish
c/o: 5686 Fulton Industrial Boulevard SW
Unit 366294
Atlanta, Georgia, Fulton County
(470) 230-7123

**Notice of Termination of Attorney and Conflict of Interest or Variance of Law**

**TIMOTHY C. BATTEN SR**, HONORABLE CHIEF JUDGE
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)**
**STATE OF GEORGIA**
2142 RICHARD B. RUSSELL FEDERAL BUILDING AND U.S. COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3309

To the honorable chief judge Timothy C Batten Sr. holding the U.S District court at Fulton County:

**RE:** Criminal Action File No. 1:22-CR-361-TCB

Notice to the court, my attorney representation has been terminated on the following grounds:

In the event of conflict between this and any previous recorded documents, the statement and claims in this declaration shall be determined to be my correct facts on the matter, My rights as a private citizen are in jeopardy, and are of those classes, rooted in a lofty Christian morality, which the written constitution for the United States of America either confers or has taken under its protection and no adequate remedy for their enforcement is provided by the forms and proceedings purely legal, and modes of acquiring jurisdiction martial in character, the same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by the written constitution for the United States of America, and which cannot be affected by the legislation of the emergency provisional congress, the states or agencies who are subject to the laws of the emergency "United States" in the District of Columbia.

In the event the interpretation of words, doctrines, ideas, principles, and laws are in conflict then the interpretations shall be governed by that of English Chancery ratified by the judiciary act of 1789, next, chancery division of the "supreme court of the United States" in paragraph one of June 19, 1934 of the 73rd congress Sess. II CHS 651, 652 (public Law No. 415), which rights, are later left untouched by the supreme court in their passage of specifically only "SEC 2" in 1934, and American Equity Jurisprudence circa A.D. 1776 which protection arises under My country governed by the written "We The People" "the Constitution for the united states of America" Art. III, Sect. 2, subd. 1, Maxims of Equity listed in Annex six, and the private trust law: *equity shall always prevail!*

*Take notice hereby* that the primary equitable rights expressed herein are not cognizable at law, much less by martial modes of acquiring jurisdiction, and thus i am without a speedy, nor adequate and complete remedy at law and therefore there arises a conflict of variance of the rules of law over the subject matter of the State of Georgia/Fulton County issued registered organizations "Kayricka Latish Dupree" and "KAYRICKA LATISH DUPREE" A.KA "KAYRICKA LATISH WORTHAM" respectively, in relation to My private citizenship. Said conflict is governed by the Judiciary Act 1789 in its §11, §16, & § 20 and also by import of England's High Court of Judicature Act of 1873 Amended 1875 (as well as stated by the supreme court of Minnesota (Dunnell's 1910 §3140)) "when there is a conflict between the rules of equity and the rules of the common law over the same subject matter the rules of equity shall prevail" to the exclusion of generally roman civil law or roman equity de jure, statutes and codes or international law or military doctrine by applying the maxim "*inclusio unius est exclusio alterius.*"

As a private American citizen National party to the organic unimpeachable written "The constitution for the United States of America", As amended 15 December A.D. 1791 (hereinafter "My Constitution"), said original root organic *de jure* Land jurisdiction of the union "the United States of America" by My country's written Articles of Confederation as ratified by all thirteen original states A.D. 1781 hereinafter <u>said written constitution and articles are collectively referred to throughout this document as "said USA",</u> as stated herein this Notice by declaration herein is to express succinctly with specificity and particularity my legal and equitable nature and character, political wishes, intent, will, purpose and conscience. *i do not* voluntarily surrender any part of my sovereignty or liberties to any non-Republican *de facto* provisional "emergency" martial or municipal government, or international military law of occupation by operation of law or otherwise and instead at all times *i* am to be self-governing in the words within My nation's original executed Bill in chancery genesis root written title ""**IN CONGRESS, JULY 4, 1776. The unanimous Declaration of the thirteen united States of America**" A.D. 1776 "**under the Laws of Nature and Nature's God**" now in its glorious two hundred forty-fourth year of our **Lord Jesus** the Christ Advocate My wonderful Counselor.

Julian Date: 22346 [December 12, 2022]   By: _____
Kayricka, private american of the United States and national of the union member state of Georgia, privately residing privately domiciling within a non-military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode, process and procedure Bearer of the Kingship of Heaven.

cc: Nicholas A. Lotito
    Attorney at Law, Bar #458150
    nick@nlsklaw.com



# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( 470 ) 230-7123

DuPree, Kaynicka Latish
c/o: 5686 Fulton Industrial Boulevard SW
Unit 366294
Atlanta, Georgia, Fulton County
(470) 230-7123

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

Ms. Uzma Wiggins, Courtroom Deputy Clerk
Intended For: Mr. Timothy C. Batten, Chief Judge
2142 Richard B. Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

ZIP+4® (U.S. ADDRESSES ONLY)  3 0 3 0 3 - 3 3 0 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

⬅ **PEEL FROM THIS CORNER**



RECEIVED IN CHAMBERS
N.D.G. - Atlanta
DEC 19 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

EI 130 691 130 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 30308 | 12/19/22 | $ 27.90 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee | COD Fee $ |
| 12/16/22 | X | | |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee | Live Animal Transportation Fee |
| 1:12 | | | |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| Weight 2.3 lbs ☐ Flat Rate | Acceptance Employee Initials EA | $ 29.70 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

CLEARED DATE
DEC 19 2022
U.S. Marshals Service
Atlanta, GA 30303



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2







# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®



## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

## GUARANTEED* ■ TRACKED ■ INSURED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.