# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00361-TCB-RGV
## USA v. Wortham
## Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 01/05/2023.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 3:25 P.M.   TAPE NUMBER: FTR
TIME IN COURT: 00:20              DEPUTY CLERK: Amanda Zarkowsky
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kayricka Wortham Present at proceedings |
| ATTORNEY(S) PRESENT: | No Active Attorney Present |
| PROCEEDING CATEGORY: | Faretta Hearing |
| MINUTE TEXT: | Hearing held to determine defendant's representation. Defendant expressed her intent to proceed pro se and declined to be represented by counsel. Defendant was sworn, and the Court advised defendant of her right to counsel and questioned defendant about her decision to represent herself and her knowledge of the law. The Court cautioned defendant about risks of self-representation and benefits of having counsel, but defendant insisted on representing herself. The Court finds that the defendant knowingly, voluntarily, and intelligently waives her right to counsel to represent her in this case after being advised of her right to representation and despite warnings from the Court. Attorney Allison Dawson of the Federal Defender Program will be appointed as standby counsel. The Clerk is directed to terminate referral of this matter to MagistrateJudge Russell G. Vineyard. |