United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 11 2023

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

<u>United States of America</u>
Plaintiff,

v

Case Number: 1:22-CR-361-TCB

**KAYRICKA WORTHAM**
**A/K/A KAYRICKA DUPREE**
<u>**A/K/A KAYRICKA YOUNG**</u>
Defendant,

# Disclaimer of Trusteeship

Hear Ye Hear Ye Hear Ye, Notice of Disclaimer of Trusteeship

That i, kayrika- Latish, WHEREAS according to trust expert and published modern master of trust law John C. Hallbach, Jr. (and Albert Lewin 1888 "Law of Trusts" in TOA) states that a trust arrangement cannot be forced upon anyone designated trustee, and WHEREAS one who has not previously accepted a trust or contracted in advance to do so can disclaim and refuse appointment as trustee for any reason (or for no reason) whatsoever (TOA: Hallbach § 149, also see TOA: Lewin, Part II, The Trustee, Chapter XI, pages 270-278), and WHEREAS a sole trustee and sole beneficiary are one and the same person, the result is a merger of legal and equitable titles, defeating the trust and creating a fee simple in the person (TOA: Hallbach § 159; Lewin § 196), and WHEREAS no particular words are required to form a trust, nor is it essential that any of the parties involved know or understand that the intended relationship is a "trust," if an effective transfer has been made, a valid trust exists even if the trustee is not aware of it (TOA: Hallbach § 66, § 274) and WHEREAS an implied trust arrangement requires an implied trustee must also therefore, logically, also require an implied Grantor/Settlor/Administrator or implied Executor and that said implied trustors can be any government agency, corporation, legal fiction or judicial officer in the public and WHEREAS any implied trust relation can be established as inter vivos. TAKE FURTHER NOTICE, that, i, DuPree, kayricka latish, do hereby notice all persons and men worldwide of my express disclaimer of all implied and voluntary quasi-trusteeships and registered agency in character and in nature to artificial persons without my express acceptance and valid transfer or receipt of res or sufficient consideration under the rules of American exclusive equity for the State of Georgia Registered Organizations names including but not limited to "Kayricka Latish Dupree", "Kayricka Latish Wortham", Kayricka Latish Young" or "KAYRICKA LATISH DUPREE," "KAYRICKA LATISH WORTHAM," "KAYRICKA LATISH YOUNG," "LATISH K DUPREE", "LATISH K YOUNG", "LATISH K WORTHAM", "KAYRICKA L DUPREE", "KAYRICKA L YOUNG" "KAYRICKA L WORTHAM", or "Kayricka L DuPree", "Kayricka L Young" , "Kayricka L Wortham" and any other legal derivations; that said disclaimer relates back to the first instance 19 APRIL 1991 in law or implied acceptance, acquiescence and/or conduct without express written consent, whichever is sooner, due to, including but not limited to a) any voluntary implied/express trusteeship or registered agency to an artificial person is now merged and extinguished by private equitable nature of the relationship of confidence by me, the Cestui Que of same subject matter Registered Organizations, b) based what is written on my heart, c) it is my wish, d) good conscience, e) good reason, f) the failure of complete and clear disclosures to Me, g) the failure of a valid transfer/receipt of res or sufficient consideration to Me, h) mistake, error or accident due to the disability of my legal capacity either as a

ward, infant, and/or incompetent by which my parents and I could avail Myself of my rights and options that equity requires in good faith dealings, I) absence of a de jure legal capacity within the current temporary provisional emergency martial due process of the current public legal system, j) biblical principles admonish me from being a surety for a stranger.

---

_____
DuPree, Kayricka, sole beneficiary. private civilian
of the United states of america

**Ronald Rcpn**
Private Witness. Without Prejudice.

**Tiffany Mullins**
Private Witness. Without Prejudice.

_____
Private Witness. Without Prejudice.

**RECEIVED**

**JAN 1 1 2023**

CATHELENE ROBINSON. C.S.C.
D.C.S.C. Fulton Co., GA

---

### Notary Verification and Acknowledgement

United States of America )

State of Georgia )

County of Fulton )

Before Me, on this day __Kayricka DuPree__, known to me to be the natural woman stated herein, who makes oath under The Laws of the Most High God and in accordance with the Maxims of Equity, declares that the information provided above is the whole truth to
the best of her knowledge and experience.

Subscribed and Affirmed before me on this __9__ day of __January__, 2023

Notary Public- signature: _____ Date: __1/9/23__

My commission expires: __09-26-26__

(Seal)

[Notary Seal: MOHMEDREZA MOMIN, Fayette County, Notary Public, Expires 09-26-2026, State of Georgia]

# Table of Authorities("TOA")

<u>The Bible</u> Standard King James.

<u>Equity Jurisprudence</u> Vol. I-V 1905 By John Norton Pomeroy, Jr.

<u>Suits In Chancery</u> 2nd Edition 1907 By Henry R. Gibson.

~~<u>A Practical Treatise On The Law Of Trusts</u> Vol. I-Ii 8hEd.1888 By Frederick Albert Lewin.~~

<u>A Treatise On The Law Of Trusts And Trustees</u>, By Jairus Ware Perry 1872.

<u>Gilbert Law Summaries: Trusts</u> 13th Ed. 2007 By Edward C. Hallbach, Jr.

<u>A Treatise On Conveyancing & The Law Of Merger</u>, Vol. III By Richard Preston 1829.

<u>Commentaries On Equity Pleadings</u> 10th Ed. 1892 By Joseph Story.

<u>Federal Procedure at Law</u> 1908 C.L. Bates.

<u>Federal Equity Procedure, Suits in Equity</u> 1901 C.L. Bates

<u>General Rules of the Supreme Court of the United States</u> 1884 Samuel A. Blatchford.

## Maxims of Equity

**Equity Regards Done What Ought To Be Done.**

**Equity Shall Not Suffer A Wrong To Be Without A Remedy.**

**Equity Acts Specifically, And Not By Way Of Compensation.**

**When Chancery Has Jurisdiction For One Purpose, It Will Take Jurisdiction For All Purposes.**

**Equity Delights In Equality.**

**Equity Imputes An Intent To Fulfill An Obligation.**

**Equity Delights To Do Complete Justice, And Not By Halves.**

**Equity Acts In Personam.**

**Equity Abhors A Forfeiture.**

**Equity Does Not Require An Idle Gesture.**

**Equity Shall Take Jurisdiction To Avoid A Multiplicity Of Suits.**

**Equity Follows The Law.**

**Equity Shall Not Allow A Statute To Be Used As A Cloak For Fraud.**

**Equity Will Undo What Fraud Has Done.**

**Equity Shall Not Allow A Trust To Fail For Want Of A Trustee.**

**Equity Looks To The Intent Rather Than To The Form.**

Equity Requires Diligence, Clean Hands And Good Faith.

Equity Regards The Beneficiary As The Real Owner.

Equity Will Not Aid A Volunteer.

Equity Will Not Perfect An Imperfect Gift.

Equity Comes To The Aid Of The Legally Disabled.

~~Superior Equity Shall Always Prevail: Where There Are Equal Equities The Law Shall Prevail,~~ Otherwise Priority Shall Prevail.

Haeredem Deus facit, non homo. God and not man, make the heir.

Haeres est eadem persona cum antecessore. The heir is the same person with the ancestor.

In restitutionem, non in paenam haeres succediu. The heir succeeds to the restitution not the penalty.


The heir and his ancestor are one and the same person. That is, one in right, the heir succeeding to the rights of his ancestor, just as the king never die