United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 11 2023


KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

United States of America
Plaintiff,

v					Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRICKA YOUNG
Defendant,

Recission of Signatures of Suretyship - Nunc Pro Tunc Ab Initio

DuPree, Kayricka Latish
c/o: 5686 Fulton Industrial Boulevard SW
Unit 366294
Atlanta, Georgia, Fulton County
(470) 230-7123

## Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*

Honorable Timothy C. Batten Chief Judge, et al.
2142 Richard B. Russell Federal Building and U.S Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**IN RE:** Case No. 1:22-CR-361

Accordingly, I, DuPree, Kayricka, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, DuPree, Kayricka, hereby rescind and revoke *Nunc Pro Tunc Ab Initio* every signature of suretyship, **public and private**, ever provided by Affiant on behalf of Maryland corporate sole/artificial, person/statutory, Public U.S. citizen "KAYRICKA LATISH DUPREE,"

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **public** government contract be it federal, state, county and/or city. This rescission and revocation of **public** signatures of suretyship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature**

of suretyship, every signature now being a **signature of agency by the beneficiary** *Nunc Pro Tunc Ab Initio*;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship**, every signature now being a **signature of agency by the beneficiary** *Nunc Pro Tunc Ab Initio*;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* is retroactive to the date of April 25th, 1991, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of Maryland, County of Montgomery.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

**Verification**

I, DuPree, Kayricka Latish being of age of majority and competent to testify and manage my own affairs, and do state that i have read the above RESCISSION OF SIGNATURES OF SURETYSHIP and do know the contents to be true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, and do believe that the above described acts by the surety-grantor have been committed with intent and knowledge of Suretyship and Trust Law.

date and signed this __11__ day of __January__, 2023.

_____
DuPree, Kayricka, Grantee absolute, Beneficiary private civilian of the United States and national of the union member state of Georgia, privately residing privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode, process and procedure

## Notary Verification and Acknowledgement

**United States of America** )
**State of Georgia** ) s. a.
**County of Fulton** )

## Verification of Signature

I, _Jelani Lay_, being a public servant, agent of the state, authorized to administer oaths and verify the identity of the signature per Title 18 USC 4004 as amended do hereby state that a woman appeared before me, personally known by me, to be _Kayricka Dupree_, affirmed to me before me that the foregoing is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth so help her God, and affixed her signature hereto of her own free will and choice on this _11_ day of _January_, 2023.

Notary Public- signature: _[signature]_ Date: _01/11/2023_

My commission expires: _07/13/2025_

(Seal)

[Notary Seal: JELANI RAPHAEL LAY, NOTARY PUBLIC, Exp. July 13, 2025, FULTON COUNTY, GA]