United States District Court
for the
Northern District of Georgia
Atlanta Division



United States of America
Plaintiff,

v        Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRICKA YOUNG
Defendant,

Certificate of Foreign Grantor Trust

CERTIFICATE OF FOREIGN GRANTOR TRUST 

By Individual Private Georgian, American National, under "Full Faith and Credit" The United States of America, The State of Georgia, The County of Fulton: Kayricka Latish DuPree being duly sworn, on oath says that:

1. The name of the Foreign Grantor Trust is: **RE410687752US-00.000 thru RE410687752US-99.999.**

2. The creation date of the Trust Instrument is: **Julian Date: 91109 [April 19 1991]**

3. The execution date of the Trust Instrument is: **Julian Date: 22357 [December 23, 2022]**

4. Grantor does deliver special deposit consisting of one Ten dollar Silver Certificate, one Ten dollar stamp and One dollar Silver coin, all of Lawful money, creating the trust.

5. The name of the Grantor of the Trust is: **Kayricka Latish DuPree**

6. The name of the sole Trustee is: **Kayricka Latish DuPree**

7. The name and address of the Trustee empowered to act under the Trust Instrument at the time of execution of this Certificate is:

Kayricka Latish DuPree Ttee
RE410687752US Trust
c/o Unit 366294
5686 Fulton Industrial Boulevard
Atlanta, Georgia [30336]

8. The Trustee has full dispositive and discretionary powers and is authorized by the Instrument to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real of personal property, EXCEPT as limited by the following: **None**.

9. Any other Trust provisions the undersigned wishes to include: None.

10. The Trust has not terminated nor been revoked.

11. The statements contained in the Certificate of Trust are true and correct and there are no other provisions in the Trust Instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.

12. The Foreign Grantor trust identification number is RE410687752US

13. No person or entity paying money to or delivering property to any Trustee shall be required to see to its applicability. All persons relying on this Certificate of Trust regarding the Trustee and their powers over Trust property shall be held harmless from any resulting loss or liability from such reliance. A copy of this Certificate of Trust shall be just as valid as the original.

_____
:DuPree; Kayricka latish:Trustee
private civilian of the United States/ Georgian

_____
private witness 1, without prejudice.

_____
private witness 2, without prejudice.

---

**JURAT**

United States of America )

State of Georgia ) ss.

Fulton county )

Signed and sworn before me on this __19__ day of _January_ 2023 by Kayricka Latish DuPree, did appear before me and being known to me, upon first being duly sworn and/or affirmed, deposes and says that she has firsthand personal knowledge of the foregoing facts and statement of the above and the foregoing asseveration is true and correct to her best knowledge and belief.

Notary Signature _____ Comm.Exp Date _09-26-26_

(stamp)