United States District Court
for the
Northern District of Georgia
Atlanta Division



United States of America
Plaintiff,

v                                          Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRICKA YOUNG
Defendant,

## Special Notice of Declaration of Trust and Notice of Merger

To: United States District Court, Northern District of Georgia

Special - Private - Confidential - Priority

Greetings, to whom these presents shall concern

I have enclosed by Priority Express delivery a Special Notice of Declaration of Trust and Notice of Merger for the honorable Justice Timothy C. Batten to review in his chambers.

No man can serve two masters: for either he will hate the one, and love the other; or else, he will hold the one, and despise the other, Ye cannot serve God and mammon. Matthew 6:24

Where the title of the king and the title of a subject concur, the king's title shall be preferred.

He who abjures the realm leaves the realm, but not the king; the country, but not the father of his country.

## SPECIAL NOTICE OF DECLARATION OF TRUST AND NOTICE OF MERGER

This is actual and constructive Special Notice of Declaration and Declaration of Merger by a third party intervener, a private civilian of the United States and private member of the Union member State of Georgia, who does hereby declare to be holding purely legal/trustee, and also, equitable and beneficial interest in the private of Case File No.1:22-CR-361 "ACCOUNT", and resulting notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "WARRANT" as well as the grantee's complete subrogation to the rights of the Plaintiff(s) in connection with said Account out of which springs third party intervener's cestui que rights.

Special notice is given herein by a third party intervener, "true party of interest," of declaration of a purely equitable right by nature, as both trustee, and beneficiary, ordering the merging of the titles, in the private established, delivered & conveyed via USPS Registered Mail No. RE 410 687 752 US whereby third party intervener is in fact and in Equity the real party in interest and beneficiary sitting in the private jurisdiction of inherent Equity in relationship to Case No. 1:22-CR-361," ACCOUNT," has delivered a special deposit tracer title no. EI130691355US USPS Express Mail, to Judge's private chambers containing the special records irrevocably executing the extinguishment thru merging of titles of any & all named/attached DEFENDANTS of ACCOUNT alleged or real debts, charges, liabilities, tax deficiency, tax forfeitures, encumbrances, presumptive easements, attachments, and any obligations in general on record levied, aliened, imposed or presumed by prescription the commercial contracting enterprise also known as UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION.



RECEIVED
JAN 20 2023
CATHERINE ROBINSON, C.S.C.
D.C.S.C. Fulton Co., GA

Any person with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in ACCOUNT, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case File No. 1:22-CR-361, either/or first in time or superior/equal in right by nature or characteristic must **SHOW CAUSE** within ten days (10) of verifiable receipt of this notice. It must be made on the face of the record under oath or affirmation why their real interest - be it as trustee, grantee, or beneficiary- does cause confusion and suspension of said merger and is preventing said total and complete merger and extinguishment, without said valid testimony of which, where Equity regards done that which ought to be done, this matter shall be deemed settled and closed thru extinguishment of the merging of DEFENDANTS' legal title with real party's equitable title by the deed of conveyance of beneficial right of real party, the true party of interest

The witnesses' records of the deeds performed in the private are attached.

_____
Private Witness 1

_____
Private Witness 2

_____
Private Witness 3

Signed by: _____
Authorized representative for third party intervener

# INDIVIDUAL ACKNOWLEDGMENT

state of Georgia           )

                          ) ss.

Fulton county              )

BEFORE ME, the undersigned authority, a Notary Public of the State of Georgia, this day 20 January _____ 2023, DuPree, Kayricka Latish did appear before me and being known to me, upon first being duly sworn and/or affirmed, deposes and says that she has firsthand personal knowledge of the foregoing facts and statement of the above and the foregoing asseveration is true and correct to her best knowledge and belief.

Notary Signature _____ Comm.Exp Date 07/13/2025

(Notary stamp)

[Notary Seal: JELANI RAPHAEL LAY, NOTARY PUBLIC, FULTON COUNTY, GA, Exp. July 13, 2025]