**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE |
| v. | |
| KAYRICKA WORTHAM, | NO. 1:22-cr-361-TCB |
| Defendant. | |

## O R D E R

On November 30, 2022, Defendant Kayricka Wortham pled guilty

to conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343.

Wortham has decided to proceed pro se for the duration of this

case.[1] Since her counsel's withdrawal, she has filed various documents

indicating her purported "sovereign citizenship." The implicit purpose of

her filings seems to be that she either wants to withdraw her guilty plea

or avoid prosecution by the United States.

---

[1] On January 5, 2023, Magistrate Judge Russell G. Vineyard found that
Wortham "knowingly, voluntarily, and intelligently" waived her right to counsel.

To the extent Wortham's filings are motions to withdraw her guilty plea and/or dismiss the indictment, the motions are denied. Her sentencing shall proceed, as previously scheduled, on March 8, 2023, at 10:30 a.m. in Atlanta Courtroom 2106.

IT IS SO ORDERED this 24th day of January, 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge