

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

January 23, 2023

To All Courtroom Deputies

    Re:    U.S. v. Ricky Byess: 1:19-CR-127-WMR-JKL
              U.S. v. Adolfo Mendoza, et al.; 1:20-CR-439-LMM-RGV
              U.S. v. Herbert Lewis, et al.; 1:21-CR-231-TCB-CMS
              U.S. v. Kevin Williams; 1:21-CR-362-LMM-LTW
              U.S. v. Uttam Halder; 1:22-CR-034-MLB
              U.S. v. Malachi Mullings; 1:22-CR-060-MLB-RGV
              U.S. v. Buchieri; 1:22-CR-086-WMR-JKL
              U.S. v. Hugo Vargas-Torres, et al.; 1:22-CR-150-TWT-JKL
              U.S. v. Kayricka Wortham; 1:22-CR-361-TCB
              U.S. v. Victor Florez-Perez; 1:22-CR-412-SEG-CCB

Dear Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from January 24, 2023 to February 3, 2023 for an out-of-state training seminar. I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                                        Sincerely,

                                        Ryan K. Buchanan
                                        *United States Attorney*

                                        */s/ Norman Barnett*

                                        Norman Barnett
                                        *Assistant United States Attorney*

cc:  Counsel for Defendant
      Counsel for Defendant