From: **M[redacted] CRU** <[redacted]@cruhemp.com>
Date: Tue, Jan 24, 2023 at 8:02 AM
Subject: Fwd: Exemplified Copy of Dismissal
To: A[redacted] S[redacted] <[redacted]@thesaundersfirm.com>

She said your email was bouncing back

D[redacted] M[redacted]
President
www.CruLounge.com
"Catch A Vibe"

691 John Wesley Dobbs
Atlanta GA 30312

███████████

Let's talk business

███████████

Begin forwarded message:

**From:** kay.dupree@███████████
**Date:** January 23, 2023 at 11:17:37 PM EST
**To:** ███████@cruhemp.com
**Subject: FW: Exemplified Copy of Dismissal**

---

**From:** kay.dupree@███████████ <kay.dupree@███████████>
**Sent:** Monday, January 23, 2023 11:03 PM
**To:** ███████@thesaundersfirm.com <███████@thesaundersfirm.com>
**Subject:** Exemplified Copy of Dismissal

Good Evening, A█████ – My apologies for the delay in sending this email. I had to wait on the delivery of this document because it is exemplified and needs to be protected so I placed it in trusted hands. You advised that you wished to be provided copies of any correspondences related to the legal matter in question that will aid the Franchise in making a decision on how to proceed forward with the current franchise agreements in place. This case is a difficult concept to understand because the prosecution jumped the gun, attempted to take me down for something I didn't do, honestly scared me enough to force me to plea originally and then had Demetrius come clean afterwards, but tried to still hold my assets as his restitution. When they thought I would go public with the information, they tried to force me to sign an NDA in exchange for my assets back. I refused to sign their NDA and fired my attorney and represented myself immediately afterwards because I could see very clearly what was happening. Through private law and trust mergers, I adopted the whole case/court transaction into my private trust. This made me the grantor, trustee, beneficiary and grantee of the entire court case and removed the US Government from further pursuing it. For lack of better word, they don't know how to proceed with Demetrius because my private trust owns the case so they likely will do nothing to him either. And since Brittany never had any initial case movement in addition to she and I never having any involvement, they won't touch her case either, but sealed portions of it.  The government works hard to hide cases approached in equity and private law, so they stop touching them and either seal these cases, seize in docket movement or they disappear like they never existed. Public Attorneys do not practice private law, so I expect you to have questions which I am happy to answer. I also encourage you to read up on Trust Law in Gilbert Law Summaries, Suits in Chancery, 1907 and have a look at the Maxims of Equity. I am a Cuban native and MIT graduate who has worked hard for everything I had and I did not hesitate to enact my rights as a private American citizen to save my name and

my estate…even if that means a man who put me in a despicable situation gets away with his crime. In short, they gave me all of my stuff back to hide the fact that they were trying to bankroll my estate and they issued a dismissal in chambers and exemplified my copies so that I had something tangible to prove my innocence because they refuse to publicly take the loss after they destroyed my character and had the nerve to try a publicity stunt.

I can explain the private law side and trust merger in detail if you wish, but for now, please find attached the exemplified copy of the dismissal judgement signed by the prosecuting AUSA, Clerk of Court and the presiding judge on the case. If you have any questions, you can reach out to me directly.

-KD-

☙AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

Northern     District of     Georgia

## EXEMPLIFICATION CERTIFICATE

I, **Kevin P. Weimer**, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents: Notice of Nolle Prosequi and Dismissal as to defendant Kayricka Wortham filed 11/30/2022 in Case No. 1:22-cr-0361-001-TCB-RGV, are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Atlanta on 12-29-2022

Kevin P. Weimer     (By) _B. Church_ Deputy Clerk
Clerk     Date

I, **Timothy C. Batten**, a Judicial Officer of this Court, certify that **Kevin P. Weimer**, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

Date: 1.10.23     Signature of Judge: _Timothy C. Batten_
Title: United States District Judge

I, **Kevin P. Weimer**, Clerk of this United States District Court, keeper of the seal, certify that the Honorable **Timothy C. Batten**, Judge, named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at Atlanta City in this State, on 1-11-2023

Kevin P. Weimer     (By) _B. Church_ Deputy Clerk
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

Criminal Action No.

v.

1:22-cr-00361-TCB

KAYRICKA WORTHAM A/K/A
KAYRICKA DUPREE A/K/A
KAYRICKA YOUNG

CHARGE(S):

1) CONSPIRACY TO COMMIT WIRE FRAUD

**NOTICE OF NOLLE PROSEQUI AND DISMISSAL**

Comes now Norman L Barnett as Assistant United States Attorney for the United States District Court for the Northern District of Georgia and gives notice that the above styled case is hereby TERMINATED and DISMISSED. The grounds for this motion will be stated on record in chambers of the Honorable Chief Judge Timothy C. Batten.

Respectfully submitted this 29th day of December, 2022.

Norman L. Barnett
Assistant United States Attorney