AO 132  (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Georgia

## EXEMPLIFICATION CERTIFICATE

I, _____ Kevin P. Weimer _____ , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:   Notice of Nolle Prosequi and Dismissal as to defendant Kayricka Wortham filed 11/30/2022 in Case No. 1:22-cr-0361-001- TCB-RGV, are true copies of records of this Court.

In  testimony  whereof  I  sign  my  name  and  affix  the  seal  of  this  Court,  in  this  District,  at

_____ Atlanta _____                on _____ 12-29-2022 _____

*City*                                                                              *Date*

Kevin P. Weimer                                                      _____

*Clerk*                                                    (By) Deputy Clerk

I, _____ Timothy C. Batten _____ , a Judicial Officer of this Court, certify that _____ Kevin P. Weimer _____ , named  above,  is and was  on  the date noted, Clerk of this Court,  duly appointed and sworn,  and keeper of the records and seal,  and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

1.10.23

*Date*                                                    *Signature of Judge*

                                                      United States District Judge

                                                      *Title*

I, _____ Kevin P. Weimer _____ , Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Timothy C. Batten _____ ,

*Judge*

named above,  is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and  that  I  am  well  acquainted  with  the  Judge's  official  signature  and  know  and  certify  the  above  signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at

_____ Atlanta _____ in this State, on _____ 1-11-2023 _____

*City*                                                                              *Date*

Kevin P. Weimer                                                      _____

*Clerk*                                                    (By) Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

Criminal Action No.

1:22-cr-00361-TCB

v.


KAYRICKA WORTHAM A/K/A
KAYRICKA DUPREE A/K/A
KAYRICKA YOUNG


CHARGE(S):

   1)  CONSPIRACY TO COMMIT WIRE FRAUD


## NOTICE OF NOLLE PROSEQUI AND DISMISSAL

Comes now Norman L Barnett as Assistant United States Attorney for the United States District Court for the Northern District of Georgia and gives notice that the above styled case is herby TERMINATED and DISMISSED. The grounds for this motion will be stated on record in chambers of the Honorable Chief Judge Timothy C. Batten

Respectfully submitted this 29th day of December, 2022.

Norman L. Barnett
Assistant United States Attorney