---------- Forwarded message ---------
From: **M▮▮▮▮▮ CRU** <▮▮▮▮▮▮@cruhemp.com>
Date: Tue, Jan 24, 2023 at 1:24 PM
Subject: Fwd: Personal Financial Information
To: A▮▮▮ S▮▮▮▮▮ <▮▮▮▮@thesaundersfirm.com>


D▮▮▮ M▮▮▮▮
President

[www.CruLounge.com](www.CruLounge.com)
"Catch A Vibe"

691 John Wesley Dobbs
Atlanta GA 30312
███████████

Let's talk business
████████████████████████████

Begin forwarded message:

> **From:** A██████ S██ <██████@cruhemp.com>
> **Date:** January 23, 2023 at 7:43:58 AM EST
> **To:** "D████ M██████ ████████@cruhemp.com>
> **Subject: Fwd: Personal Financial Information**
>
> A██████ S██
> Dirctor of Compliance
> Phone: ████████████
>            E: ██████@cruhemp.com
>
> W:[https://crulounge.com/](https://crulounge.com/)                                                      A:691
> John Wesley Dobbs Ave NE  Atlanta,GA 30312
>
> Schedule a 30 Minute Meeting with A██████ S██
> [calendly.com/](calendly.com/)██████
>
>> Begin forwarded message:
>>
>> **From:** Brittany Hudson ████████@yahoo.com>
>> **Date:** January 22, 2023 at 11:55:54 PM EST
>> **To:** A██████ S██ <██████@cruhemp.com>
>> **Subject: Personal Financial Information**
>>
>> Please find attached the documentation for both Kay and I.
>>
>> Thank you,
>>
>> Brittany





**CONSOLIDATED STATEMENT**

For the Period: **12/11/22 thru 01/11/23**

Member Name: **BRITTANY HUDSON**

Member Number:

BRITTANY HUDSON
PARKWOOD CIR SE
UNIT
ATLANTA, GA 30339-

## Summary of Accounts

### Deposit Accounts

| Account | Account Number | Ending Balance Last Statement | Ending Balance This Statement |
|---|---|---|---|
| **Regular Share Account** | | $85.03 | $85.03 |
| **Regular Share Account** | | $307,015.13 | $307,015.43 |
| **Access America Account** | | $786.21 | $786.21 |
| **Total Deposit Accounts** | | $307,886.37 | $307,886.67 |

### Overview of Accounts

| Year-to-Date Dividend on non-IRA Accounts | Year-to-Date Certificate Penalty | Year-to-Date Finance Charges | IRA Contribution 2022 | IRA Contribution 2023 |
|---|---|---|---|---|
| $0.30 | $0.00 | $0.00 | $0.00 | $0.00 |

### End of Year Information

| | |
|---|---|
| 2022 Share account dividends paid | $5.05 |

This information is being provided to the Internal Revenue Service so you may complete IRS Form 8606, if applicable  Retain this statement for your records

## Regular Share Account

### Summary for Account Number:

Joint Owner or Beneficiary if indicated:                    , Bnf

| Balance Last Statement (12/11/22) | Total Debits This Period | Total Credits This Period | Ending Balance (01/11/23) |
|---|---|---|---|
| $85.03 | $0.00 | $0.00 | $85.03 |

Annual Percentage Yield Earned

.00% based on 31 days

### Account Activity

| Date | Description | Activity | Other Charges | Balance |
|---|---|---|---|---|
| 12/11/22 | Previous Balance | | | $85.03 |
| 01/11/23 | Ending Balance | | | $85.03 |

| | |
|---|---|
| **Name** Brittany Hudson | **Business Phone** |
| **Home Address** PO Box | **Home Phone** |
| **City, State, & Zip Code** Marietta, GA 30006 | |
| **Business Name of Applicant** | |
| **Business Address** *(if different than home address)* | |
| **Business Type:** ☐ Corporation ☐ S-Corp. ☐ LLC ☐ Partnership ☐ Sole Proprietor *(does not apply to ODA applicant)* | |

☐ ☐

| ASSETS | (Omit Cents) | LIABILITIES | (Omit Cents) |
|---|---|---|---|
| Cash on Hand & in banks.............................. | $ 205,000 | Accounts Payable............................................ | |
| Savings Accounts........................................... | $ 307,866 | Notes Payable to Banks and Others.......... | |
| IRA or Other Retirement Account.................. | $ 600,000 | (Describe in Section 2) | |
| (Describe in Section 5) | | Installment Account (Auto)....................... | $ 42,000 |
| Accounts & Notes Receivable........................ | | Mo. Payments    $ 1,269 | |
| (Describe in Section 5) | | Installment Account (Other)...................... | |
| Life Insurance – Cash Surrender Value Only...... | | Mo. Payments | |
| (Describe in Section 8) | | Loan(s) Against Life Insurance.................. | |
| Stocks and Bonds.......................................... | | Mortgages on Real Estate......................... | $ 313,000 |
| (Describe in Section 3) | | (Describe in Section 4) | |
| Real Estate................................................... | $ 812,000 | Unpaid Taxes............................................. | |
| (Describe in Section 4) | | (Describe in Section 6) | |
| Automobiles................................................... | $ 100,000 | Other Liabilities.......................................... | |
| (Describe in Section 5, and include Year/Make/Model) | | (Describe in Section 7) | |
| | | Total Liabilities........................................... | $ 355,000 |
| Other Personal Property................................ | | Net Worth................................................... | $ 1,669,866 |
| (Describe in Section 5) | | | |
| Other Assets.................................................. | | Total | $ 2,024,866 |
| (Describe in Section 5) | | Must equal total in assets column. | |
| Total | $ 2,024,866 | | |

| Section 1.   Source of Income. | | Contingent Liabilities | |
|---|---|---|---|
| Salary............................................................ | | As Endorser or Co-Maker........................... | |
| Net Investment Income................................. | | Legal Claims & Judgments......................... | |
| Real Estate Income...................................... | | Provision for Federal Income Tax.............. | |
| Other Income (Describe below)..................... | $ 55,000.00 | Other Special Debt..................................... | |

**Description of Other Income in Section 1** *(Alimony or child support payments should not be disclosed in "Other Income" unless it is desired to have such payments counted toward total income)*

Other business venture

**Section 2. Notes Payable to Banks and Others.** (Use attachments if necessary. Each attachment must be identified as part of this statement and signed.)

| Names and Addresses of Noteholder(s) | Original Balance | Current Balance | Payment Amount | Frequency (monthly, etc.) | How Secured or Endorsed Type of Collateral |
|---|---|---|---|---|---|
| Chase Bank | $ 98,000.00 | $ 42,000.00 | $ 1,269.00 | monthly | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Section 3. Stocks and Bonds.** (Use attachments if necessary. Each attachment must be identified as part of this statement and signed.)

| Number of Shares | Name of Securities | Cost | Market Value Quotation/Exchange | Date of Quotation/Exchange | Total Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Section 4. Real Estate Owned.** (List each parcel separately. Use attachment if necessary. Each attachment must be identified as a part of this statement and signed.)

| | Property A | Property B | Property C |
|---|---|---|---|
| Type of Real Estate (e.g. Primary Residence, Other Residence, Rental Property, Land, etc.) | Rental | Rental | Residence |
| Address | ▮ Parkwood cir se unit ▮ | ▮ Parkwood Cir SE ▮ | ▮ Grove View Rd |
| Date Purchased | 10/12/2016 | 02/10/2021 | 05/31/2020 |
| Original Cost | $ 89,000.00 | $ 91,500.00 | $ 500,000.00 |
| Present Market Value | $ 115,000.00 | $ 122,000.00 | $ 575,000.00 |
| Name & Address of Mortgage Holder | Wells Fargo | None | Wells Fargo |
| Mortgage Account Number | | | |
| Mortgage Balance | $ 38,000.00 | $ 0.00 | $ 275,000.00 |
| Amount of Payment per Month/Year | $ 400.00 | $ 0.00 | $ 1,250.00 |
| Status of Mortgage | | | |

**Section 5. Other Personal Property and Other Assets.** (Describe, and, if any is pledged as security, state name and address of lien holder, amount of lien, terms of payment and, if delinquent, describe delinquency.)

SBA Form 413 (05-21) **Previous Editions Obsolete**                                                                                                 Page 3

**Section 6. Unpaid Taxes.** (Describe in detail as to type, to whom payable, when due, amount, and to what property, if any, a tax lien attaches.)

N/A

**Section 7. Other Liabilities.** (Describe in detail.)

N/A

**Section 8. Life Insurance Held.** (Give face amount and cash surrender value of policies – name of insurance company and Beneficiaries.)

N?A

I authorize the SBA/Lender/Surety Company to make inquiries as necessary to verify the accuracy of the statements made and to determine my creditworthiness.

<u>CERTIFICATION</u>: (to be completed by each person submitting the information requested on this form and the spouse of any 20% or more owner when spousal assets are included)

By signing this form, I certify under penalty of criminal prosecution that all information on this form and any additional supporting information submitted with this form is true and complete to the best of my knowledge. I understand that SBA or its participating Lenders or Certified Development Companies or Surety Companies will rely on this information when making decisions regarding an application for a loan, surety bond, or participation in the WOSB or 8(a) BD program. I further certify that I have read the attached statements required by law and executive order.-

Signature: **Brittany Hudson** Digitally signed by Brittany Hudson Date: 2023.01.22 23:35:23 -05'00'   Date: 01/22/2023

Print Name: _____   Social Security No.: _____

Signature: _____   Date: _____

Print Name: _____   Social Security No.: _____

SBA Form 413 (05-21) **Previous Editions Obsolete**                                                                 Page 4

# Wells Fargo Everyday Checking

January 18, 2023 ■ Page 1 of 4



BRITTANY HUDSON
███ PARKWOOD CIR SE UNIT ███
ATLANTA GA 30339-2146

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls including 711
**1-800-742-4932**

En español: 1 877 727 2932

Online: wellsfargo com

Write: Wells Fargo Bank N A (297)
       P O Box 6995
       Portland OR 97228 6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer  We value your trust in our company and look forward to continuing to serve you with your financial needs

## Account options

A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo com or call the number above if you have questions or if you would like to add new services

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/16 | $205 477 86 |
| Deposits/Additions | 15 000 00 |
| Withdrawals/Subtractions | 16 978 39 |
| **Ending balance on 1/18** | **$203,499.47** |

Account number: ███████
**BRITTANY HUDSON**

Georgia account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 061000227

## Overdraft Protection

This account is not currently covered by Overdraft Protection  f you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch

| | |
|---|---|
| **Name** Kay DuPree | **Business Phone** |
| **Home Address** PO Box | **Home Phone** |
| **City, State, & Zip Code** Atlanta, GA 30336 | |
| **Business Name of Applicant** Evolve & Elevate Inc. | |
| **Business Address** *(if different than home address)* | |

**Business Type:** ☐ Corporation  ☐ S-Corp.  ☑ LLC  ☐ Partnership  ☐ Sole Proprietor *(does not apply to ODA applicant)*

☐ ☐

| ASSETS (Omit Cents) | | LIABILITIES (Omit Cents) | |
|---|---|---|---|
| Cash on Hand & in banks | $ 3,500,000 | Accounts Payable | $ 0 |
| Savings Accounts | $ 0 | Notes Payable to Banks and Others | $ 0 |
| IRA or Other Retirement Account | $ 336,000 | (Describe in Section 2) | |
| (Describe in Section 5) | | Installment Account (Auto) | $ 0 |
| Accounts & Notes Receivable | $ 0 | Mo. Payments  $ 0 | |
| (Describe in Section 5) | | Installment Account (Other) | $ 147,500 |
| Life Insurance – Cash Surrender Value Only | $ 0 | Mo. Payments  $ 2,500 | |
| (Describe in Section 8) | | Loan(s) Against Life Insurance | $ 0 |
| Stocks and Bonds | $ 0 | Mortgages on Real Estate | $ 0 |
| (Describe in Section 3) | | (Describe in Section 4) | |
| Real Estate | $ 0 | Unpaid Taxes | $ 0 |
| (Describe in Section 4) | | (Describe in Section 6) | |
| Automobiles | $ 0 | Other Liabilities | $ 0 |
| (Describe in Section 5, and include Year/Make/Model) | | (Describe in Section 7) | |
| | | Total Liabilities | $ 147,500 |
| Other Personal Property | $ 0 | Net Worth | $ 3,688,500 |
| (Describe in Section 5) | | | |
| Other Assets | $ 0 | | Total  $ 3,836,000 |
| (Describe in Section 5) | | | Must equal total in assets column. |
| Total | $ 3,836,000 | | |

| Section 1.  Source of Income. | | Contingent Liabilities | |
|---|---|---|---|
| Salary | $ 185,000.00 | As Endorser or Co-Maker | $ 0.00 |
| Net Investment Income | $ 0.00 | Legal Claims & Judgments | $ 0.00 |
| Real Estate Income | $ 0.00 | Provision for Federal Income Tax | $ 0.00 |
| Other Income (Describe below) | $ 0.00 | Other Special Debt | $ 0.00 |

**Description of Other Income in Section 1** *(Alimony or child support payments should not be disclosed in "Other Income" unless it is desired to have such payments counted toward total income)*

N/A

SBA Form 413 (05-21) **Previous Editions Obsolete**                                                                                                       Page 2

**Section 2. Notes Payable to Banks and Others.** (Use attachments if necessary. Each attachment must be identified as part of this statement and signed.)

| Names and Addresses of Noteholder(s) | Original Balance | Current Balance | Payment Amount | Frequency (monthly, etc.) | How Secured or Endorsed Type of Collateral |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Section 3. Stocks and Bonds.** (Use attachments if necessary. Each attachment must be identified as part of this statement and signed.)

| Number of Shares | Name of Securities | Cost | Market Value Quotation/Exchange | Date of Quotation/Exchange | Total Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Section 4. Real Estate Owned.** (List each parcel separately. Use attachment if necessary. Each attachment must be identified as a part of this statement and signed.)

| | Property A | Property B | Property C |
|---|---|---|---|
| Type of Real Estate (e.g. Primary Residence, Other Residence, Rental Property, Land, etc.) | | | |
| Address | | | |
| Date Purchased | | | |
| Original Cost | | | |
| Present Market Value | | | |
| Name & Address of Mortgage Holder | | | |
| Mortgage Account Number | | | |
| Mortgage Balance | | | |
| Amount of Payment per Month/Year | | | |
| Status of Mortgage | | | |

**Section 5. Other Personal Property and Other Assets.** (Describe, and, if any is pledged as security, state name and address of lien holder, amount of lien, terms of payment and, if delinquent, describe delinquency.)

Fidelity Retirement Account - $336,000

**Section 6. Unpaid Taxes.** (Describe in detail as to type, to whom payable, when due, amount, and to what property, if any, a tax lien attaches.)

N/A

**Section 7. Other Liabilities.** (Describe in detail.)

N/A

**Section 8. Life Insurance Held.** (Give face amount and cash surrender value of policies – name of insurance company and Beneficiaries.)

N?A

I authorize the SBA/Lender/Surety Company to make inquiries as necessary to verify the accuracy of the statements made and to determine my creditworthiness.

<u>**CERTIFICATION**</u>: (to be completed by each person submitting the information requested on this form and the spouse of any 20% or more owner when spousal assets are included)

By signing this form, I certify under penalty of criminal prosecution that all information on this form and any additional supporting information submitted with this form is true and complete to the best of my knowledge. I understand that SBA or its participating Lenders or Certified Development Companies or Surety Companies will rely on this information when making decisions regarding an application for a loan, surety bond, or participation in the WOSB or 8(a) BD program. I further certify that I have read the attached statements required by law and executive order.-

Signature _____    Date   01/22/2023 _____

Print Name   Kayricka DuPree _____    Social Security No. _____

Signature _____    Date _____

Print Name _____    Social Security No. _____

SBA Form 413 (05-21) **Previous Editions Obsolete**                                                                 Page 4

# Navigate Business Checking℠

December 31, 2022 ■ Page 1 of 5



EVOLVE & ELEVATE INC
PO BOX ▆▆▆▆
ATLANTA GA 30336-6294

### Questions?

Available by phone Mon–Sat 7:00am–11:00pm Eastern Time, Sun 9:00am–10:00pm Eastern Time:
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | √ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $3,084,001.02 |
| Deposits/Credits | 63,084.44 |
| Withdrawals/Debits | - 14,208.18 |
| **Ending balance on 12/31** | **$3,132,877.28** |

Account number: ▆▆▆▆
**EVOLVE & ELEVATE INC**
Georgia account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 061000227
For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



1/22/2023

KAYRICKA DUPREE
159 SAINTVRY WAY
ATLANTA GA 30349

Dear KAYRICKA DUPREE:

Please accept this letter as confirmation of the account value(s) as of the close of 01/20/2023.

| Account | Account registration | Account number (last 4) | Account value* |
|---|---|---|---|
| KAYRICKA DUPREE<br>PO BOX 366294<br>ATLANTA GA 30336-6294 | Individual | *****0295 | $336,421.29 |

*The total market value of all positions in the account, including core, minus any outstanding debit balances and any amount required to cover short option positions that are in-the-money.

You may withdraw any amount up to and including the full value of the account(s), pending the settlement of any applicable liquidating trade transactions. Account value(s) may change due to factors such as market conditions or customer activities; therefore, the amount available to withdraw may differ from the value(s) provided above.

Per IRS regulations, withdrawals from an IRA made prior to age 59½ may be subject to a 10% early withdrawal penalty. Please consult a tax advisor to review your individual situation.

I hope you find this information helpful. If you have any questions, please contact a Fidelity representative at 800-544-6666 for assistance.

Sincerely,

*Clint Brandner*

Clint Brandner
VP, Operations

Fidelity does not provide legal or tax advice. The information herein is general in nature and should not be considered legal or tax advice. Consult an attorney or tax professional regarding your specific situation.

Fidelity Brokerage Services LLC, Member NYSE, SIPC
900 Salem Street, Smithfield, RI 02917
© 2023 FMR LLC. All rights reserved.




```
800-70-01-00 61713 0 C 001 30 S  66 002
EVOLVE & ELEVATE INC
PO BOX
ATLANTA GA   30336-6294
```

# Your account statement
For 12/30/2022

## Contact us
 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ TRUIST DYNAMIC BUSINESS CHECKING

### Account summary

| | |
|---|---:|
| Your previous balance as of 11/30/2022 | $405,007.46 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 3,695.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 12/30/2022 | = $401,312.46 |

### Other withdrawals, debits and service charges

| DATE | DESCRPTION | AMOUNT($) |
|---|---|---:|
| 12/02 | ZELLE BUSINESS PAYMENT TO Amyr El PAYMENT ID   BBT155883592 | 2,000.00 |
| 12/05 | ZELLE BUSINESS PAYMENT TO Amyr El PAYMENT ID   BBT156038576 | 1,000.00 |
| 12/05 | DELTA SKYMILES ANNUAL FEE | 120.00 |
| 12/06 | ZELLE BUSINESS PAYMENT TO Junk Removal PAYMENT ID   BBT156368368 | 300.00 |
| 12/12 | ZELLE BUSINESS PAYMENT TO Pest Kontrol PAYMENT ID   BBT156801921 | 275.00 |
| 12/21 | ADP Tax   ADP Tax EVOLVE & ELEVATE INC | 0.00 |
| 12/21 | ADPTAX/FIN ADP TX/FINCL SVC EVOLVE & ELEVATE INC | 0.00 |
| | Total other withdrawals, debits and service charges | = $3,695.00 |

**Changes are being made effective February 3, 2023** to the Commercial Bank Services Agreement ("CBSA") that governs your account, including revisions to the paragraph titled "Duty to Review Account Statement" and the addition of provisions pertaining to the use of Night Deposit Services which will supersede and replace any prior agreement with Truist pertaining to such services. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the CBSA can be obtained at any Truist branch or online at www.truist.com. All future transactions on your account will be governed by the amended CBSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).