FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 27 2023

KEVIN P. WEIMER, Clerk

By: s/A. Zarkowsky
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM | Criminal Action No.<br><br>1:22-CR-361-TCB |

**Motion to Unseal United States' Motion to Revoke Bond**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Stephen H. McClain, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **United States' Motion to Revoke Bond** in the above-styled case and in support thereof shows that the defendant has been arrested.

WHEREFORE, the government respectfully requests that **United States' Motion to Revoke Bond** be unsealed.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/STEPHEN H. MCCLAIN
*Assistant United States Attorney*
Georgia Bar No. 143186
(404) 581-6000