FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 27 2023

KEVIN P. WEIMER, Clerk

By: s/A. Zarkowsky
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM | Criminal Action No.<br><br>1:22-CR-361-TCB |

### Order

Having read and considered the government's Motion to Unseal **United States' Motion to Revoke Bond** and application and for good cause shown,

It is hereby ORDERED that the **United States' Motion to Revoke Bond** and application be unsealed.

SO ORDERED this 27th day of January, 2023.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Presented by:
Stephen H. McClain, Assistant United States Attorney