# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:22-CR-00361-TCB |
| | :: | |
| KAYRICKA WORTHAM | :: | |

## ORDER

The above-named defendant having requested additional time in which to obtain counsel of defendant's own choosing, for good cause shown

Defendant shall be allowed until January 31, 2023, to obtain counsel of defendant's own choosing. Defendant shall promptly notify Magistrate Judge Russell G. Vineyard and the United States Attorney of the counsel employed, and counsel shall, file a written appearance with the Clerk by 4:00 pm on January 31, 2023, and furnish copies to the United States attorney and magistrate judge.

If counsel has not been retained by the allotted time, defendant shall appear before Magistrate Judge Russell G. Vineyard on **WEDNESDAY, FEBRUARY 1, 2023**, at **9:30 A.M.** for a determination as to whether counsel should be appointed.

The Clerk is DIRECTED to exclude time in this case pursuant to 18 U.S.C. § 3161(h)(7)(A)(B)(iv) from this date until counsel has appeared for defendant or until further order of the Court.

Let a copy of this Order be served upon defendant, the United States Attorney, and the Pretrial Services Officer.

IT IS SO ORDERED, this 27th day of JANUARY, 2023.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 27 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk