| MAGISTRATE'S CRIMINAL MINUTES | FILED IN OPEN COURT | | |
|---|---|---|---|
| REVOCATION PROCEEDINGS | DATE: | 1/27/2023 | @ 2:43pm |
| | TAPE: | FTR | |
| | Time In Court: | Hr | 10 Min |

MAGISTRATE: RUSSELL G. VINEYARD   COURTROOM DEPUTY: A. ZARKOWSKY

| CASE NO: | 1:22-cr-361-TCB | DEFENDANT'S NAME | KAYRICKA WORTHAM |
|---|---|---|---|
| AUSA: | STEPHEN MCCLAIN | DEFENDANT'S ATTY | Collin Garrett (Standby) |
| USPO: | SKYRA WATSON | Type Counsel | PRO SE |

## REVOCATION PROCEEDINGS

✓ Initial Appearance HELD.

✓ Order appointing Federal Defender Program.   FDP appointed for today only. Defendant shall have until 2/1/23 to retain counsel or seek Court appointed counsel.

___ Preliminary hearing Set.

___ Waiver filed.

✓ Final revocation   SET FOR   2/1/2023 @ 9:30AM

___ Final revocation hearing HELD.

___ Defendant ADMITS the allegations as set forth in the petition.

___ Court finds probable cause that defendant HAS violated terms of release/probation.

___ Court ordered defendant's release / probation to be:

___ Revoked   ___ Terminated   ___ Reinstated/Continued

___ Vacated   ___ Modified   ___ Written Order to follow

## BOND/DETENTION PROCEEDINGS

✓ Government's Oral Motion for DETENTION filed.   2/1/23 @ 9:30AM

✓ Temporary Commitment ORDERED.

___ Order of Detention Pending Final Revocation Hearing.

___ BOND SET

   ___ Non-surety

   ___ Surety ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

___ SPECIAL CONDITIONS:

___ BOND FILED; defendant RELEASED.

___ Bond NOT EXECUTED. Defendant to remain in Marshal's custody.

**PAGE 2**

Defendant: K. Wortham  Case No.: 1:22CR361
Date: 1/27/2023

WITNESSES:

_____
_____
_____
_____
_____
_____
_____
_____
_____

EXHIBITS:

_____
_____
_____
_____
_____
_____
_____
_____
_____

Original Exhibits _____ RETAINED by the Court _____ RETURNED to counsel