AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 27 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

vs.

KAYRICKA WORTHAM

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CASE NO. 1:22-CR-361-TCB

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for WEDNESDAY, FEBRUARY 1, 2023, at 9:30 a.m. before United States Magistrate Judge Russell G. Vineyard, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2022, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 27th day of JANUARY, 2023.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE