# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **Criminal Action No.:** |
| | : | **1:22-cr-00361-TCB** |
| **KAYRICKA WORTHAM** | : | |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES undersigned counsel, Nicholas A. Lotito, who enters his appearance on behalf of Kayricka Wortham.

Dated: February 1, 2023.

                                          Respectfully submitted,
                                          *s/Nicholas A. Lotito*
                                          Georgia Bar No.: 458150

LOTITO & KIRSCHENBAUM
1800 Peachtree Street NW, Ste 300
Atlanta, GA 30309
(404) 565-1200    (404) 352-5636 Facsimile
nick@nlsklaw.com

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case with the attached Notice of Attorney Appearance in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of this electronic filing.

This the 1st day of February, 2023.

Respectfully submitted,
**s/ *Nicholas A. Lotito***
Nicholas A. Lotito
Georgia Bar No. 458150

Lotito & Kirschenbaum
1800 Peachtree St. NW
Suite 300
Atlanta, GA 30309
(404) 565-1200  (404) 352-5636 Fax
nick@nlsklaw.com