# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00361-TCB
## USA v. Wortham
## Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 02/01/2023.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 5:30 P.M.
TIME IN COURT: 3:00
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: Amanda Zarkowsky

| | |
|---|---|
| DEFENDANT(S): | [1]Kayricka Wortham Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen McClain representing USA<br>Nick Lotito- for Kayricka Wortham |
| PROCEEDING CATEGORY: | Bond Revocation Hearing |
| MOTIONS RULED ON: | DFT#1-[]Motion for Detention GRANTED<br>DFT#1-[27]Motion to Revoke Bond- GRANTED |
| MINUTE TEXT: | Bond revocation hearing held. Witnesses sworn and testified: Arneshia Scott. Witness Matthew Oltman- Special Agent Secret Services. Witness Kandace Williamson. Government's exhibits: 1, 2, 3, 4, 5. Admitted. Defense Exhibits BH1, BH2, BH3 and KW1, KW2, KW3 admitted and retained by the Court. Government's motion for detention and motion to revoke bond,[Doc. 27], is GRANTED and she is detained pending sentencing. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. The record remains open for counsel for defendant Wortham to supplement the record with another exhibit. |