**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:22-cr-00361-TCB |
| | :: | |
| KAYRICKA WORTHAM | :: | |

## ORDER

On September 29, 2022, defendant Kayricka Wortham ("Wortham") was released on a bond that included as a condition that she not violate federal, state, or local law while on release. On February 1, 2023, Wortham appeared in person with counsel to address a motion to revoke bond filed by the government on the grounds that she violated a condition of her release on bond by engaging in new criminal conduct. At the hearing, the government presented evidence to establish probable cause that following her release on bond, Wortham committed, at least, the offenses of wire fraud, aggravated identity theft, and counterfeiting signatures of a judge and court officers in connection with attempting to obtain a franchise for a hookah lounge. In particular, the evidence established probable cause that Wortham and an accomplice transmitted by email in interstate commerce altered bank records that grossly inflated the amounts in certain bank accounts and forged court documents that used the signatures of a judge and

court employees to falsely represent the status of the charges against her in this case to influence the actions of the company from which she and her accomplice were attempting to obtain the franchise.

Since there is probable cause to believe Wortham has committed new federal offenses while on release, there is a rebuttable presumption that no combination of conditions will assure that Wortham will not pose a danger to the safety of the community by continuing to engage in criminal conduct, and Wortham has not rebutted the presumption. Moreover, Wortham's conduct demonstrates that she is not likely to abide by any conditions of release given the brazen nature of the new criminal conduct described in the government's motion for which evidence was presented at the hearing to establish probable cause that she committed these new offenses while on bond.  Moreover, she has entered a guilty plea in this case, and she has not met her burden to show by clear and convincing evidence that she is not likely to flee or pose a danger to the community of engaging in further criminal conduct.

IT IS THEREFORE ORDERED AND ADJUDGED, for the reasons stated herein and on the record at the hearing, that the government's motion to revoke bond is granted; the bond previously granted Wortham is revoked; she shall be

2

detained without bond; and she is hereby committed to the custody of the United States Marshal.

**IT IS SO ORDERED**, this 2nd day of FEBRUARY, 2023.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE