# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal Action No.: |
| | : | 1:22-cr-00361-TCB |
| KAYRICKA WORTHAM | : | |

## MOTION TO WITHDRAW

1.

Undersigned counsel filed a Motion to Withdraw in this matter on December 19, 2022, and the Court granted the motion that same day.

2.

On January 27, 2023, Defendant was arrested on a bond revocation warrant, and a detention hearing was held on February 1, 2023. It was requested that undersigned counsel represent Defendant at the bond revocation hearing, and counsel filed an Entry of Appearance on that date. At the conclusion of the hearing, Defendant Wortham was ordered detained and is currently in custody.

3.

It was counsel's understanding that Defendant Wortham wanted counsel to remain in the case through its conclusion. However, in the course of multiple conversations following the detention hearing, Defendant Wortham again directed

counsel to withdraw so that she may proceed *pro se*. Counsel has been unable to dissuade Defendant from her decision and therefore reluctantly files this Motion to Withdraw. Despite the reluctance in filing this motion, Counsel believes he could not effectively represent the Defendant in light of her intention to represent herself. Counsel has informed Defendant that, should this motion be granted, Counsel will not be able to reenter the case.

4.

Following Counsel's withdrawal, granted on December 19, 2022, Magistrate Vineyard appointed standby counsel. Undersigned counsel is willing to serve as standby counsel, should the Court grant this Motion to Withdraw. Such standby representation is agreeable to Defendant.

5.

Largely due to the interruption of representation, a presentence interview has not been conducted in this case. Probation Officer Candice Logan has advised Counsel that a waiver of the 35 day rule would be necessary. Counsel suggests the sentencing date be continued for 30 days to allow Defendant to be interviewed and for a PSR to be prepared. Counsel communicated with AUSA McClain who is not opposed to continuing the sentencing. Defendant also consents to this. Counsel

believes this would be helpful for the matter to proceed as orderly as possible.

    Dated: February 3, 2023.

                                                Respectfully submitted,
                                                *s/Nicholas A. Lotito*
                                                Georgia Bar No.: 458150

LOTITO & KIRSCHENBAUM
1800 Peachtree Street NW, Ste 300
Atlanta, GA 30309
(404) 565-1200    (404) 352-5636 Facsimile
nick@nlsklaw.com

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case with the attached Motion to Withdraw in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of this electronic filing.

This the 3rd day of February, 2023.

Respectfully submitted,
**s/ *Nicholas A. Lotito***
Nicholas A. Lotito
Georgia Bar No. 458150

Lotito & Kirschenbaum
1800 Peachtree St. NW
Suite 300
Atlanta, GA 30309
(404) 565-1200  (404) 352-5636 Fax
nick@nlsklaw.com