# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM,<br><br>    Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:22-cr-361-TCB |

## O R D E R

This case comes before the Court on Nicholas Lotito's motion [38] to withdraw as counsel for Defendant Kayricka Wortham. In the same motion, Lotito asks the Court to continue Wortham's sentencing for at least thirty days to allow for a presentence interview to occur. The Government does not oppose this request.

Lotito's motion [38] is GRANTED. Wortham's sentencing will be continued for at least thirty days. The Clerk is directed to refer this case to Chief Magistrate Judge Russell G. Vineyard in order to conduct a hearing on Wortham's legal representation.

IT IS SO ORDERED this 6th day of February, 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge