



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 07 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Norman L. Barnett,Stephen H. McClain, Counsel for Government

**FROM:** D Salpeter _____ , Deputy Clerk

**DATE:** 2/3/2023

**CASE NO.:** 1:22-cr-00361-TCB

**SUBJECT:** RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading.

(If you will be picking up exhibits, please allow at least 24 hours from the filing of your notice to ensure the exhibits are ready for pickup.)

**Receipt of this Notice is hereby acknowledged.**   /s/ Stephen H. McClain
                                                       _____
                                                       **(Signature)**

☑ **Documentary Exhibits will be picked up no later than** 3/3/2023 _____
                                                           **(Date)**

☐ **Documentary Exhibits may be destroyed.** _____ **(Initials)**

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by:** _____
                          **(Signature)**

**This** __7th__ **day of** __February__ , **2023**

---

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2023

KEVIN P. WEIMER, Clerk
By: M Bow Deputy Clerk



# U.S. Department of Justice
## United States Attorney
## Northern District of Georgia

*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, Georgia 30303*

*Telephone: (404) 581-6000*
*Fax: (404) 581-6181*

February 7, 2023

Clerk of Court

    Re: Reclamation and Disposition of Documentary Exhibits

Dear Clerk of Court:

    Assistant United States Attorneys Stephen H. McClain and Norman L. Barnett authorize Legal Assistant Allante E. Joquin, to pick up Exhibits for Case numbers 1:22CR-00361-TCB and 1:22-CR-00362-TCB.

    Sincerely,
    RYAN K. BUCHANAN
    *United States Attorney*

    */s/ Stephen H. Mcclain*
    STEPHEN H. MCCLAIN
    *Assistant United States Attorney*

    */s/ Norman L. Barnett*
    NORMAN L. BARNETT
    Assistant United States Attorney