# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00361-TCB
## USA v. Wortham
## Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 02/17/2023.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:53 A.M.        COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:24                    DEPUTY CLERK: Amanda Zarkowsky
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kayricka Wortham Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicholas Lotito representing Kayricka Wortham |
| PROCEEDING CATEGORY: | Motion Hearing re Attorney Motion to Withdraw |
| MOTIONS RULED ON: | DFT#1-[38]Motion to Withdraw as Attorney GRANTED |
| MINUTE TEXT: | Hearing held regarding counsel's motion to withdraw, [Doc. 38]. Defendant expressed her intent to proceed pro se and agreed to accept Mr. Lotito's appointment as standby counsel. The Court questioned defendant about her understanding regarding the preparation of a pretrial services report and filing objections. The Court cautioned defendant about risks of self-representation and benefits of having counsel, but defendant insisted on representing herself. The Court finds that the defendant knowingly, voluntarily, and intelligently waives her right to counsel to represent her in this case after being advised of her right to representation and despite warnings from the Court. Mr. Lotito will be appointed as standby counsel, upon his request, for defendant. |