AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FID: 11478464
USMS: 24310-510

UNITED STATES OF AMERICA,

vs.

KAYRICKA WORTHAM
a/k/a Kayricka Dupree a/k/a Kayricka Young

**WARRANT FOR ARREST**

CASE NO. 1:22-cr-00361-TCB

~~UNDER SEAL~~

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 22 2023

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KAYRICKA WORTHAM a/k/a Kayricka Dupree a/k/a Kayricka Young and bring her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Upon motion of the government alleging a violation of bond by committing offenses of Aggravated Identity Theft & Wire Fraud

in violation of 18 U.S.C. §§ 1028A and 1343

Russell G. Vineyard
Name of Issuing Officer

[signature] Russell G. Vineyard
Signature of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

January 26, 2023 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Russell G. Vineyard, Chief U.S. Magistrate Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 01-26-2023

DUSM Keown
Name and Title of Arresting Officer

Date of Arrest: 01-27-2023

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FID: 11478464
USMS: 24310-510

# COPY

UNITED STATES OF AMERICA,

vs.

KAYRICKA WORTHAM
a/k/a Kayricka Dupree a/k/a Kayricka Young

**WARRANT FOR ARREST**

CASE NO. 1:22-cr-00361-TCB

**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KAYRICKA WORTHAM a/k/a Kayricka Dupree a/k/a Kayricka Young and bring her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Upon motion of the government alleging a violation of bond by committing offenses of Aggravated Identity Theft & Wire Fraud

in violation of 18 U.S.C. §§ 1028A and 1343

Russell G. Vineyard
Name of Issuing Officer

*Russell G. Vineyard* (signature)
Signature of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

January 26, 2023 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Russell G Vineyard, Chief U.S. Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 01/26/2023

Date of Arrest: 01/27/2023

DUSM Kevin
Name and Title of Arresting Officer

_____
Signature of Arresting Officer