United States District Court

For the

Northern District of Georgia

Atlanta Division



**United States of America**

Plaintiff,

V                                               Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM

A/K/A KAYRICKA DUPREE

A/K/A KAYRICKA YOUNG

Defendant,

Notice of Demand to Vacate

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# NOTICE AND DEMAND TO VACATE
## CASE NO. 1:22-CR-361

**UNITED STATES OF AMERICA**

**Vs**

**KAYRICKA WORTHAM**
  **A/K/A KAYRICKA DUPREE**
  **A/K/ A KAYRICKA YOUNG  (ALL by misnomer)**

---

### CASE REQUIRED CORRECTIONS
## NOTICE OF SETTLEMENT OF ALL DEBT
## COURT MOVED TO VACATE ALL MATTERS
NOTICE TO ANY PRINCIPAL (*Superior Commander*) IS NOTICE TO ALL AGENTS (*subordinates*)
NOTICE TO AGENTS (*Subordinates*) IS NOTICE TO ALL AGENTS (*Superior Commanders*)

---

**Affidavit of Events**
*Under oath and affirmed to be true and correct*

All matters are required to be "vacated."

I, speak in scripture, of the truth the whole truth to be true and correct, before god, that this notice shall serve as public notice documented by statement of facts. (let no corrupt communication proceed out of your mouth, but that which is good to the use of edifying, that it may minister grace unto the hearers (Ephesians 4:29))

So, there is no miscommunication, no misunderstanding, **"All" contracts** held by "State" and "Federal" entities, to whom have all functioned under conditions of **non-disclosure and semantic deceit** serving to promulgate fraud upon the organic states and the American people, they are all to be considered **criminal syndicates** to the extent that they have been aware of our status and have failed to correct their records. Note your operations and representations of this my status, or assumption of a right to be held by these organizations **are** *null and void* **for fraud.** Any contracts include but are not limited to contracts for sale, for labor, for trade, "citizenship" contracts, powers of attorney, licenses, child support, tickets, mortgages, all registrations, and application agreements of all kinds. All autographs of Affiant, acting under the influence of semantic deceit and non-disclosure *are rescinded, nunc pro tunc.*

I, *kayricka:* a living flesh and blood, adult, competent [wo]man, the true beneficiary. Whereby, Equity regards the beneficiary as the true owner. Whereby the Registered entity name **KAYRICKA WORTHAM documented also as KAYRICKA DUPREE also documented as KAYRICKA YOUNG documented on the record,** is my property.

**Use of my property: KAYRICKA WORTHAM, KAYRICKA DUPREE,** and **KAYRICKA YOUNG** (by misnomer) inclusive, that these are "entity(s)" are:
  1. NOT LIVING, IS NOT AN ALIAS, AND NOT the proper party(s).

- an Express Trust KAYRICKA LATISH YOUNG, is a Estate Registered entity 1991-15-19491, protected under a UCC Contract Trust, *nunc pro tunc* Date of Creation *April 25th, 1991*.

- a registered state entity, where I am a living [wo]man an act by God.

All parties were **Required** to Distress their Bond(s), and as of this day there has been no receipt by the parties named.

All parties are **Required** to provide a completed W9.

All parties are required to provide a CERTIFIED COPY Of "OATH OF OFFICE" to verify the names documented on the record existence. **All** Official Bonds are required to be provided.

My God given rights have been violated, slandered, and an actual act of theft.

Therefore, this matter is moved for further investigation.

**All parties**, de facto entities: UNITED STATES OF AMERICA, GOVERNMENT, the Courts, Judges, Clerks, Management, Attorneys, District Attorneys, and all Public Defendants, all involved, are herein given proper notice.

All before this court for Case # 1:22-cr-361-TCB, are to Vacate the matter, and release my body from custody.

Equity will not allow a statute to be used as a cloak for fraud.

Failure to stay, removed my body from custody, and vacate this matter for the proper parties to investigate the unlawful acts, is a form of peonage, this act is and will be documented as evidence of knowledge of events under oath affirmed to be true and correct. Whereby damages will be sought.

**All have been properly noticed and warned.**

BY ULTRA VIRES – CONSTRUCTIVE FRUAD by THIS MATTER IS MOVED TO DISTRESS BONDS

**FACT:**

**STATE OF GEORGIA- ATLANTA DIVISION** Clerk of Court Kevin P. Weimer; Assigned Judge as Chief Magistrate Judge Russel G. Vineyard, Clerk of the Court directed to refer this case to Vineyard, the United States Chief District Judge Timothy C. Batten, Sr.; The Government (*names not documented as witness nor injured parties into the record*) documented by RUSSEL G. VINEYARD, Where Norman L. Barnett with Stephen H. McClain allege Counsel for Government from D. Salpeter, Deputy Clerk, (*no finding of what Government is listed and injure parties under oath on the pleadings or record*); Attorney, Public Defenders, Sheriff/Police, Marshals, all parties involved.

- All unknown, unnamed, substitutions, assignees of Representation
- Case# 1:22-cr-361-TCB
- Of the "UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA- ATLANTA DIVISION" UNITED STATES OF AMERICA

    2211 United States Courthouse

    75 Ted Turner Drive, SW

    Atlanta, GA 30303-3309

**Required** to Distress Bond(s) whats owed to *kayricka*: and penalties to IRS & Franchise Tax board and balance placed humanitarian trust fund - of *my* choice and to the National Debt for these United States of the Constitution *de jure*.

## VERIFICATION OF ACTIONS FOR Court Case Number 1:22-cr-361-TCB now under Dispute third-party REVIEW:

**FACTS OF EVENTS and FAILURES**: He who comes into equity must come with clean hands, not as follows:
1. Used my intellectual property without permission.
2. Created a false claim by use of a fictitious name UNITED STATES OF AMERICA, and GOVERNMENT but failed to document declarations of injured parties and who are the fictitious names, then at the same time caused matter to be part of money laundering, by failing to report actions with the State and other Government entities (IRS, TREASURE, etc....).
3. Failure to properly serve and opportunity to cure, violation and deprivation of rights, based on faulty claims, and act by theft, not only to my estate, but to the Atlanta, Georgia, and the United States Of America.

**Failed to disclose on record.**
**Court Case # 1:22-cr-361-TCB    CUSIP 4812A2793    SYMBOL  VFIXX    $5,207,179,000.00**
Continued Violation by ULTRA VIRES- MOVED TO DISTRESS EACH named party BONDS, all required to provide W9*(completed and signed)* and provide certified copy of Oath of Office to verify who is coming forth making such claim.

**Owner of Entity listed by misnomer**: *kayricka*: hereby give Notice
HEREBY DOCUMENT INTO RECORD FOR THRID-PARTY REVIEW OF EVENTS OF CONTINUED MISCONDUCT AND SEC, TAX, IDENTITY FRAUD and THEFT, ETC... REQUESTED TO BE INVESTIGATED AND ALL revenue RETURNED TO owner *"Young Estate."*

All matters, All courts, All actions, upon receipt of this notice are required to be stayed or vacated by all courts, ALL COURT MATTERS. All are required to provide their official insurance bond, failure to comply will escalate internal investigations.

**UNDER OATH**

By unanimous declaration, *i.e.*, "Declaration of Independence," 1776, in accordance with my alienable and inalienable rights, under oath before God, and state that the living flesh and blood [wo]man **did not**:
1. and does not grant **nor** volunteer jurisdiction to the de facto courts, and,
2. grant any authority or permission to act in one's name **nor** use of registered name, and,
3. grant permission for the courts, or attorneys to use the entity name, and assume it is my alias, or benefits for securities trade, where their beneficial interest has been severed, and,

   a. **Fact in law undisputed by the SUPREME COURT DECISION which must take precedent in this matter – "All codes, rules, and regulations are for government authorities only, "NOT" human/Creators in accordance with God's laws. All codes**, *rules, and regulations are unconstitutional and lacking due process...*". [Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).].

   b. [CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. 70 That was the Supreme Court of North Carolina in the year of 1796 stating that no man is bound to any law without the MAJORITY CONSENT of the fellow men of his country, as pursuant to a lawful democratic process. Even then individual consent is necessary].

c. **Facts undisputed by** constitution source of authority for the "**codes**" effective date of that instrument was repealed, thereby the application and enforcement for those "**codes**" are void. There must be a "source" of "authority" from the "people," thereby the "authority" is "permission to act in one's name," as the heir there was "NO" permission to act in one's name, nor use of registered name, thereby these acts are "identity theft" and "infringement."

4. Therefore, there is and was no permission to use the vessel *in rem*, to obedience of those "**codes**" or apply any form of penalties upon a faulty claim, thereby creating an "actual controversy" by "constructive fraud" for said false unlawful detainer, by use of identity theft and perjury IN VIOLATION OF ULTRA VIRES – Malfeasance by use of Identity fraud, continued crimes of perjury/slander/ written slander/use of registered names without permission, withholding evidence, misuse of statue, deliberate misuse of authority by constitutional rights, and equal protection of civil rights placing one in danger and continues to place one in danger, continued violation of federal law includes an anti-peonage law which declares that NO natural person can be compelled to work for free, where by each named party is liable for further investigation to evaluate acts by Securities Fraud, "immediately."

The COURT CLERK and/or presiding JUDGE are moved to act in honor and Vacate all matter before this Court, upon a living [wo]man immediately as of this day. Whereby all parties documented into record by pleadings as reviewed are herein and hereby liable. Whereby in fact of the concurrent investigation of Securities fraud that was not and did not disclose to the living [wo]man, the entity benefits was never abandoned and the claims before this court, and actions are documented as Treason.

The foregoing instruments are being executed under the hand and seal of the self-aware, living [wo]man and is a voluntary act of my free-will and Deed, so help me, God.

**Negative averments:**

1. I deny it can be proven that the **UNITED STATES OF AMERICA** is a living flesh and blood party that has been injured making this claim.
2. I deny it can be proven that the **UNITED STATES OF AMERICA** is not a corporation.
3. I deny it can be proven that the **GOVERNMENT** documented in the pleading is a living flesh and blood party that has been injured making this claim.
4. I deny it can be proven that the **GOVERNMENT** is not a business and need to document which Business.
5. I deny it can be proven that the Judges, Clerks, Attorneys, all ranks, have provided their Oath of Office and their names are properly documented on each pleading, as documented on their Oath.
6. I deny it can be proven that this matter did not violate my natural God given rights.
7. I deny it can be proven that the **UNITED STATES OF AMERICA** in collaboration with the **GOVERNMENT** have disclosed their identity on the record by Declaration how they each are injured.
8. I deny that the assigned Prosecutor properly provided **a.** Their insurance, which validates this action, **b.** Their oath of office, which validates all parties are properly documented on each pleading on the record, **c.** Each LEGAL ENTITY have no claim in the securities attached to the Case Number, on allege alias on the *attorney in fact*, when public records show, the names are not one of the same, entity name is a created as State Entities, and
9. I deny it can be proved that the **UNITED STATES OF AMERICA** is registered as a business or Government within the Public Records.

10. I deny it can be proved the claim of the Prosecutor did not violate my right of due process. I deny it can be proven the act by Prosecutor by use of the entity name **KAYRICKA WORTHAM, KAYRICKA DUPREE,** and **KAYRICKA YOUNG** are not identity theft of my body through the system an act of peonage, causing my life to be in danger.

11. I deny the Internal Revenue Service and the Security Exchange Commission, have been notified of the use of my LEGAL ENTITY BENEFITS, whereby proper NOTICE was presented to me at all times, and that the UNITED STATES OF AMERICA, GOVERNMENT, ALL PARTIES MAKING THIS CLAIM HAVE properly registered the securities with the State and can provide me a certified copy.

12. I deny it can be proven that the **UNITED STATES OF AMERICA** and the Prosecutor did not violate by USE of my registered entities as debtor transmitting utilities for securities through the Court case numbers, or application number which they properly have documentation they reported to the IRS and Securities Exchange Commission with my permission, and returned to me just compensation of what was due to me as the owner of the entity.

It is required to provide the proof of items 1-12 and as required by law each are to provide their insurance, a completed form W9, and a Certified Copy of all Oath of Office within 10 days upon receipt of this NOTICE. All parties are Noticed they shall not further harm me in any way, shape or form this day forward. (*this is a finial opportunity for the court to be in honor*).

Failure to comply, a finial notice will be issued to the Attorney General and Untied States Attorney General, that all Government Entities in regard to this matter is an act of war with the united states of America. This is a peaceful act, and proper notice has been given, whereby parties are welcome to Vacate the matter or pay the damages.

Affidavit oath and verification before God coming forth as

> I *kayricka*: owner and victim, move to verify your acts as attorney in fact and executive trustee for the private trust estate of KAYRICKA LATISH YOUNG and dba(s) referenced of estate name documented above, under my unlimited liability and official oath affirmed before God, proceeding in good faith, being of sound mind, competent, and an adult living flesh and blood [wo]man on the land, having firsthand knowledge and victim, state the facts contained herein are true, correct, and complete and not misleading under the authority of God, so help me almighty God.

Respectfully issued Without prejudice,

By: *[signature]*
Self-aware, living [wo]man *attorney in fact.*
Affiant, owner of trust known as KAYRICKA LATISH YOUNG
all rights reserved

Attached:
    CUSIP
    3949a
    W9

This certificate pertains to a __5__ page document dealing with/entitled _Notice & Demand to Vacate_ and signed on _4/19/2023_

**Acknowledgment for an Individual**

State of Georgia
County of _Clayton_

This record was acknowledged before me on ___4-19-23___
                                              Date

by ___Kaynicke Wortham___,
    Printed name of individual signing document

who is

____ personally known

or

_X_ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

___C. Olivia Ricard___
(signature of notary public)

Notary Public, State of Georgia                    Stamp/Seal

My commission expires: _2-12-27_

[Notary Seal: C. OLIVIA RICARD, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, My Comm. Expires FEBRUARY 12, 2027]

# Attachment A

CUSIP

## Your CUSIP Results are as follows:

**KAYRICKA YOUNG (CC 1:22-CR-361)**
**JPMorgan Federal Money Market Fund**
Symbol: VFIXX
CUSIP: 4812A2793

Inception Date: 4/20/1994
Net Assets: $5,207,179,000.00 as of 1/20/2023
Portfolio Assets: $5,207,179,000.00 as of 1/20/2023

## A little about the Fund:

JPMorgan Federal Money Market Fund seeks current income consistent with preservation of capital and maintenance of liquidity by investing in obligations of the U.S. treasury and debt securities issued by certain U.S. government agencies.



# Attachment B

3949a

| Form **3949-A** (October 2020) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual<br>Clerk of Court Kevin P. Weimer, successor and/or assigned Clerk | b. Social Security Number/TIN<br>UNKNOWN | c. Date of birth<br>UNKNOWN | |
|---|---|---|---|
| d. Street address<br>District Court Northern District Georgia 75 Ted Turner Drive SW | e. City<br>Atlanta | f. State<br>GA | g. ZIP code<br>30303-3309 |
| h. Occupation | i. Email address | | |

j. Marital status *(check one, if known)*  ☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated     k. Name of spouse

| 2a. Name of business   The State of Georgia<br>CLERK OF COURT | b. Employer Tax ID number (EIN)<br>REFUSED | c. Telephone number<br>(404) 215-1600 | |
|---|---|---|---|
| d. Street address<br>SAME | e. City<br>SAME | f. State<br>GA | g. ZIP code |
| h. Email address | i. Website<br>https://www.gand.uscourts.gov/ | | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

| ☐ False Exemption | ☐ Unsubstantiated Income | ☒ Unreported Income | ☐ Failure to Withhold Tax |
| ☐ False Deductions | ☐ Earned Income Credit | ☐ Narcotics Income | ☒ Failure to File Return |
| ☐ Multiple Filings | ☒ Public/Political Corruption | ☒ Kickback | ☒ Failure to Pay Tax |
| ☒ Organized Crime | ☒ False/Altered Documents | ☐ Wagering/Gambling | ☐ Other *(describe in 5)* |

4. Unreported income and tax years        ***SEE ATTACHED A & B***
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY ____ $ ____   TY ____ $ ____   TY ____ $ ____   TY ____ $ ____   TY ____ $ ____   TY ____ $ ____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*   Kevin P. Weimer for the court or his deputy clerks for this court is fraudulently using my identity to impose a tax by use of my estate fictitious entity name(s), i did not make, nor grant permission to use my entity(s) with this corporation in fact according to tax law they are in violation of "internal revenue code" [sec 7201 and 7202 as well as 287 USC Sec 1746, "Unsworn Declaration", 31 USC 3729 "False Claim, 18 USC Sec 287 Fictitious or Fraudulent Claim by use of entity without my permission , 18 USC Sec 153 Embezzlement against Estates, and 18 USC Sec 155 Free Agreements], They have not shown a W-9 to prove where their authority comes from nor form 1099B, as well as any Surety Bonds, nor their Oath of Office to document they are coming into record in their proper names, and bonds created by Court Case # 1:22-cr-361-TCB According to the IRS. Any Court asking for payment on any form of violation, it becomes a tax matter. i believe that this agency did not file the tax or ~~document the securities they are collecting, without my permission whereby no Cusip was disclosed to me, so i request an investigation on this~~ matter to see if a Cusip was pulled on my entity without my permission herein documented into record, which is securities fraud and Theft.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
   a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☐ Yes  ☒ No
   b. Do you consider the taxpayer dangerous   ☒ Yes  ☐ No
   c. Banks, Financial Institutions used by the taxpayer

| Name<br>unknown | | | Name | | |
|---|---|---|---|---|---|
| Street address | | | Street address | | |
| City | State | ZIP code | City | State | ZIP code |

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>kayricka: attorney in fact of the Estate | b. Telephone number | c. Best time to call | |
|---|---|---|---|
| d. Street address<br>held in unlawful custody | e. City | f. State<br>republic | g. ZIP code<br>00000 |

**Print and send your completed form to: Internal Revenue Service**
**PO Box 3801**
**Ogden, UT 84409**

Catalog Number 47872E        www.irs.gov        Form **3949-A** (Rev. 10-2020)

# Attachment C

W9

| Form **W-9** | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|
| (Rev. November 2017) Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

(Print or type. See Specific Instructions on page 3.)

**5** Address (number, street, and apt. or suite no.) See instructions.

**6** City, state, and ZIP code

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Part I** | **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

☐☐ – ☐☐☐☐☐☐☐

**Part II** | **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ | Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)