United States District Court

For the

Northern District of Georgia

Atlanta Division



**United States of America**

Plaintiff,

V                                                                             Case Number: 1:22-CR-361-TCB

**KAYRICKA WORTHAM**

**A/K/A KAYRICKA DUPREE**

**A/K/A KAYRICKA YOUNG**

Defendant,

Affidavit of Truth

# AFFIDAVIT OF TRUTH

Georgia }

I, *kayricka*, a living flesh and blood [wo]man, Created by God, make oath and affirm, depose, say, and declare by my handwriting that the following facts are true, correct, and complete to the best of my knowledge and belief.

"Indeed, no more than a (affidavit) is necessary to make the prima facie case." [United States v. Kis, 658 F.2 nd , 526, 536 (7 th Cir. 1981); cert Denied, 50 U.s. L.w. 2169; S. ct. March 22, 1982]

> THAT, there is fraud upon the Court as these matters are not by living and breathing men and [wo]man, but only by corporate entities, which they are fictious as evidenced by use of UNITED STATES OF AMERICA and GOVERNMENT, but there are no declarations and a entity cannot order a CUSIP number nor claims submitted to the Court.

> THAT, the Court administrators are engaged in Extortionate Extensions of Credit as they have sold the case payment intangibles and payment tangibles to an undisclosed third-party purchaser for value in the money markets.

> THAT, the CUSIP number is evidence that this Court case has been Securitized and there has occurred a breach of Fiduciary Duty on the Court administrators' part as they have collectively failed to discharge their contractual duties.

> THAT, all crimes are commercial [pursuant to 27 CFR 72.11].

> THAT use of [§242] Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any STATE, TERRITORY, POSSESSION, or DISTRICT by deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of THE united states, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

> THAT, the litigation has failed to produce an eyewitness to these cases, as the Constitution gives affiant the right to face her accusers.

> THAT, any discrimination or injury caused by the UNITED STATES OF AMERICA by failing to dismiss these causes with prejudice for failure to state a claim for which relief could be granted, agrees to such injuries and to the associated damages as established by the Affiant, the State, and The United STATES (Inc.), by and through their agents by said agreement, is estopped from defense or rebuttal in the matter and agrees that the Affiant may proceed by Tort for damages.

> THAT, this Affidavit if not rebutted point for point by any living man or [wo]man, representing the UNITED STATES OF AMERICA, and the GOVERNMENT, State of the DISTRICT OF COLUMBIA, and The UNITED STATES (Inc.) at any level, in any matter, at any time within 7 (seven) Calendar days upon receipt, these facts stand as true in both the private and public record . . . as true, correct, and not misleading.

**NOTE Maxims Of Law**: EQUITY REGARDS THE BENEFICIARY AS THE REAL OWNER.
Further Affiant Sayeth Not.

Dated: April 19, 2023

By: *kayricka*: *Kayricka*
*Owner, attorney in fact, living [wo]man, Affiant.*
*Without recourse, all rights reserved before God.*

This certificate pertains to a __1__ page document dealing with/entitled __Affidavit of Truth__ and signed on __4/19/2023__

**Acknowledgment for an Individual**

State of Georgia

County of __Clayton__

This record was acknowledged before me on __4-19-23__
                                                 Date

by _____Kaynicka Wortham_____,
   Printed name of individual signing document

who is

____ personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

_____C. Olivia Ricard_____
(signature of notary public)

Notary Public, State of Georgia                     Stamp/Seal

My commission expires: __2-12-27__

*[Notary Seal: C. OLIVIA RICARD, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, My Comm. Expires FEBRUARY 12, 2027]*