United States District Court

For the

Northern District of Georgia

Atlanta Division



**United States of America**

Plaintiff,

V                                    Case Number: 1:22-CR-361-TCB

**KAYRICKA WORTHAM**

**A/K/A KAYRICKA DUPREE**

**A/K/A KAYRICKA YOUNG**

Defendant,

Special Deposit

# SPECIAL DEPOSIT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**Case Number**: 1:22-cr-361

### AFFIDAVIT OF WANT OF AUTHORITY

In these causes, the alleged-defendant(s) and respondent(s), KAYRICKA WORTHAM, KAYRICKA DUPREE, and KAYRICKA YOUNG [registered entity(s)] named by misnomer. Whereby, owner makes oath and affirm before the Almighty God, that she has good reason to believe, and does believe, and charges documented by the Clerk Kevin P. Weimer inclusive of assigned judge(s), prosecutor(s), plaintiff UNITED STATES OF AMERICA, and all unknown or unnamed brought this suit into record, by use of a Registered entity 1991-15-19491 as KAYRICKA LATISH YOUNG claims by use of my estate fictitious entity name(s). I did not make, nor grant permission to use my entity with this corporation in fact according to tax law this is now in violation of Internal Revenue [Code sec 7201 and7202 as well as 287 USC sec 1746]. The Prosecutor that is litigating it, as well as the Party of interest UNITED STATES OF AMERICA through the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, all fictitious entities, within the - ATLANTA DIVISION, who acquired this suit have and or are now litigating it, did not then have and does not now have, authority to do so; that they were / are acting as complainant's Solicitors in these causes without any lawful authority to so act. Wherefore affiant prays the Court to require all parties involved to produce and exhibit their authority to act as complainant's Solicitors in these causes. Whereby this 3949a/ with CUSIP assigned to Case # documented above, will move forward by 1099B for further investigation in the matters before this court, as theft, due to the fact that this is not a threat, this is proper notice of a tax matter, that this agency did not file the tax or register this matter with the state as required by law.

**Undisputed Facts:**

Every court case is assigned, by the court administrator, a U.S. Treasury Public Debt number, placed onto the court document, after the unknowing participants in the case have received their copy of the same, but without the added monetary transformation of that instrument into a financial transaction, which is the definition of a securitization. Read Professor Adam J. Levitin's Congressional Testimony on securitization. ([http://www.banking.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=1c7f57c0-a25e-4c04-80cc-9ad8e65e0bea](http://www.banking.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=1c7f57c0-a25e-4c04-80cc-9ad8e65e0bea)).

The Public Debt Number corresponds with the Case Number assigned to each case and is usually conveyed in codes quite undecipherable to the casual onlooker. These are the codes that the fed uses to convert the case into a fungible instrument depending on its worth and value as calculated on the basis of relief sought. If a prosecutor can put away a criminal for 5 years, that's $31,500 per year X 5 = 157,500 per inmate as it costs $31,500.00 per year to house and feed each inmate. Imagine 2 million inmates based on current inmate population, that works out to $31,500 per year X 2,000,000 = $63,000,000,000.00 ($63 Billion per year for 2 million inmates). Imagine 63 billion in a private placement program with a fivefold return every 15 days !!

They simply love it when plaintiffs flock to file cases. Imagine the diurnal take at $400.00 per case filed in state or federal courts all over America. Soon, they will be charging for a defendant's response as well. Business as usual.

After the Public Debt number is obtained, which "<u>now converts **the instrument** into a counterfeit obligation</u>" pursuant to [United States Code18, Section 472 et seq. 473 ;474] (*Whoever, with intent to defraud, passes, utters, publishes, or sells, or attempts to pass, utter, publish, or sell, or with like intent brings into the United States or keeps in possession or conceals any falsely made, forged, counterfeited, or altered obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both*).

Now, the court administrator additionally <u>counterfeits</u> the same obligation by adding a CUSIP number preparing the instrument to become a tradeable financial instrument.

CUSIP is the acronym for 'Committee on Uniform Securities Identification Procedures.' It is a copyrighted registered trademark of The American Bankers Association. This means only one of two things. Firstly being. the court administrators are knowingly committing copyright infringement violations in addition to uttering counterfeit obligations, and/or secondly that the court administrator must obviously be a participating *<u>registered securities broker/ member of the CUSIP</u>*.

Now, the courts have fraudulently converted every court case into a banking financial securities instrument, fraudulently converting the court into the creditor position and the respondent/plaintiff in the matter now unknowingly converted into the debtor. To make matters even worse for the judges, they are knowingly acting with a vested interest with insider knowledge as insider trading in addition to violations of judicial canons.

Further still, judges are to act without bias, to make rulings on the merit of argument, but instead are making financial investments on every case, knowing the exact meaning of every number and/letter applied to and now written on the face of the instrument in all cases in the form of the CUSIP and are now ruling based on futures rather than rule of law, evidence, oral or written argument. WHY do you think hardly a hundred homebuyers (from a pool of some fifty million homeowners) find relief when suing lenders and banks for mortgage fraud?

Additionally, the courts are also committing tax fraud which it becomes my duty to comply with the rules and give notice by the 3949a form that must be documented into record.

The U.S., United States, as defined in [28 USC 3002(15)], is ***bankrupt*** on the authority of <u>Perry v. United States, 294 U.S. 330-381; 79 L. Ed. 9121</u>, and is an "obligor/grantor" to the Federal Reserve Bank, created by the authority of the Federal Reserve Act of 1913, 38 Stat. 265, Chapter 6. A bankrupt's unpaid debts now become the government's obligation to distribute them accordingly to the creditors. **Here, the debtor, creditor, trustor, trustee and beneficiary are one and the same person – the United States government seated in Washington D.C.**

I know by the given 10 commandments before my creator almighty God, right from wrong. I am over the age of majority and have personal knowledge of the matters stated herein, and hereby asseverate understanding the liabilities, for not telling the truth, under the laws of Gods Kingdom, that the foregoing is true and correct to the best of my knowledge and belief, not intended to be misleading.

*[signature]*
By: *kayricka*:
*Owner, attorney in fact, living [wo]man, Affiant.*
*Without recourse, all rights reserved before God.*

Attachment: A   CUSIP   attached to pleading
Attachment: B   3949a   attached to pleading
Attachment: C   W9   attached to pleading

This certificate pertains to a __2__ page document dealing with/entitled __Special Deposit__ and signed on __4/19/23__

**Acknowledgment for an Individual**

State of Georgia

County of __Clayton__

This record was acknowledged before me on __4-19-23__
                                          Date

by __Kaynicka Wortham__,
   Printed name of individual signing document

who is

____ personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

__C. Olivia Ricard__
(signature of notary public)

Notary Public, State of Georgia                       Stamp/Seal

My commission expires: __2-12-27__

[Seal: C. OLIVIA RICARD, NOTARY PUBLIC, HENRY COUNTY, GEORGIA — My Comm. Expires FEBRUARY 12, 2027]