IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# NOTICE AND DEMAND TO VACATE
## CASE NO. 1:22-CR-361

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 4 2023

KEVIN P. WEIMER, Clerk
By: Kimberly **Deputy Clerk

**UNITED STATES OF AMERICA**

Vs

**KAYRICKA WORTHAM**
**A/K/A KAYRICKA DUPREE**
**A/K/ A KAYRICKA YOUNG (ALL by misnomer)**

---

### CASE REQUIRED CORRECTIONS
## NOTICE OF SETTLEMENT OF ALL DEBT
## COURT MOVED TO VACATE ALL MATTERS
NOTICE TO ANY PRINCIPAL (*Superior Commander*) IS NOTICE TO ALL AGENTS (*subordinates*)
NOTICE TO AGENTS (*Subordinates*) IS NOTICE TO ALL AGENTS (*Superior Commanders*)

---

**Affidavit of Events**
*Under oath and affirmed to be true and correct*

All matters are required to be "vacated."

I, speak in scripture, of the truth the whole truth to be true and correct, before god, that this notice shall serve as public notice documented by statement of facts. (let no corrupt communication proceed out of your mouth, but that which is good to the use of edifying, that it may minister grace unto the hearers (**Ephesians 4:29**))

So, there is no miscommunication, no misunderstanding, **"All" contracts** held by "State" and "Federal" entities, to whom have all functioned under conditions of **non-disclosure and semantic deceit** serving to promulgate fraud upon the organic states and the American people, they are all to be considered **criminal syndicates** to the extent that they have been aware of our status and have failed to correct their records. Note your operations and representations of this my status, or assumption of a right to be held by these organizations **are** *null and void* **for fraud.** Any contracts include but are not limited to contracts for sale, for labor, for trade, "citizenship" contracts, powers of attorney, licenses, child support, tickets, mortgages, all registrations, and application agreements of all kinds. All autographs of Affiant, acting under the influence of semantic deceit and non-disclosure *are rescinded, nunc pro tunc.*

I, *kayricka:* a living flesh and blood, adult, competent [wo]man, the true beneficiary. Whereby, Equity regards the beneficiary as the true owner. Whereby the Registered entity name **KAYRICKA WORTHAM documented also as KAYRICKA DUPREE also documented as KAYRICKA YOUNG documented on the record**, is my property.

**Use of my property**: **KAYRICKA WORTHAM, KAYRICKA DUPREE,** and **KAYRICKA YOUNG** (by misnomer) inclusive, that these are "entity(s)" are:
1. NOT LIVING, IS NOT AN ALIAS, AND NOT the proper party(s).

- an Express Trust KAYRICKA LATISH YOUNG, is a Estate Registered entity 1991-15-19491, protected under a UCC Contract Trust, *nunc pro tunc* Date of Creation *April 25th, 1991*.

- a registered state entity, where I am a living [wo]man an act by God.

All parties were **Required** to Distress their Bond(s), and as of this day there has been no receipt by the parties named.

All parties are **Required** to provide a completed W9.

All parties are required to provide a CERTIFIED COPY Of "OATH OF OFFICE" to verify the names documented on the record existence. **All** Official Bonds are required to be provided.

My God given rights have been violated, slandered, and an actual act of theft.

Therefore, this matter is moved for further investigation.

**All parties**, de facto entities: UNITED STATES OF AMERICA, GOVERNMENT, the Courts, Judges, Clerks, Management, Attorneys, District Attorneys, and all Public Defendants, all involved, are herein given proper notice.

All before this court for Case # 1:22-cr-361-TCB, are to Vacate the matter, and release my body from custody.

Equity will not allow a statute to be used as a cloak for fraud.

Failure to stay, removed my body from custody, and vacate this matter for the proper parties to investigate the unlawful acts, is a form of peonage, this act is and will be documented as evidence of knowledge of events under oath affirmed to be true and correct. Whereby damages will be sought.

**All have been properly noticed and warned.**

BY ULTRA VIRES – CONSTRUCTIVE FRUAD by THIS MATTER IS MOVED TO DISTRESS BONDS

**FACT:**

**STATE OF GEORGIA- ATLANTA DIVISION** Clerk of Court Kevin P. Weimer; Assigned Judge as Chief Magistrate Judge Russel G. Vineyard, Clerk of the Court directed to refer this case to Vineyard, the United States Chief District Judge Timothy C. Batten, Sr.; The Government (*names not documented as witness nor injured parties into the record*) documented by RUSSEL G. VINEYARD, Where Norman L. Barnett with Stephen H. McClain allege Counsel for Government from D. Salpeter, Deputy Clerk, (*no finding of what Government is listed and injure parties under oath on the pleadings or record*); Attorney, Public Defenders, Sheriff/Police, Marshals, all parties involved.

- All unknown, unnamed, substitutions, assignees of Representation
- Case# 1:22-cr-361-TCB
- Of the "UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA- ATLANTA DIVISION" UNITED STATES OF AMERICA

    2211 United States Courthouse

    75 Ted Turner Drive, SW

    Atlanta, GA 30303-3309

**Required** to Distress Bond(s) whats owed to *kayricka*: and penalties to IRS & Franchise Tax board and balance placed humanitarian trust fund - of *my* choice and to the National Debt for these United States of the Constitution *de jure*.

**VERIFICATION OF ACTIONS FOR Court Case Number 1:22-cr-361-TCB now under Dispute third-party REVIEW:**

**FACTS OF EVENTS and FAILURES:** He who comes into equity must come with clean hands, not as follows:
1. Used my intellectual property without permission.
2. Created a false claim by use of a fictitious name UNITED STATES OF AMERICA, and GOVERNMENT but failed to document declarations of injured parties and who are the fictitious names, then at the same time caused matter to be part of money laundering, by failing to report actions with the State and other Government entities (IRS, TREASURE, etc....).
3. Failure to properly serve and opportunity to cure, violation and deprivation of rights, based on faulty claims, and act by theft, not only to my estate, but to the Atlanta, Georgia, and the United States Of America.

**Failed to disclose on record.**
Court Case # 1:22-cr-361-TCB   CUSIP 4812A2793   SYMBOL VFIXX   $5,207,179,000.00
Continued Violation by ULTRA VIRES- MOVED TO DISTRESS EACH named party BONDS, all required to provide W9(*completed and signed*) and provide certified copy of Oath of Office to verify who is coming forth making such claim.

**Owner of Entity listed by misnomer:** *kayricka*: hereby give Notice
HEREBY DOCUMENT INTO RECORD FOR THRID-PARTY REVIEW OF EVENTS OF CONTINUED MISCONDUCT AND SEC, TAX, IDENTITY FRAUD and THEFT, ETC... REQUESTED TO BE INVESTIGATED AND ALL revenue RETURNED TO owner "*Young Estate.*"

All matters, All courts, All actions, upon receipt of this notice are required to be stayed or vacated by all courts, ALL COURT MATTERS. All are required to provide their official insurance bond, failure to comply will escalate internal investigations.

**UNDER OATH**

By unanimous declaration, *i.e.*, "Declaration of Independence," 1776, in accordance with my alienable and inalienable rights, under oath before God, and state that the living flesh and blood [wo]man **did not**:
1. and does not grant **nor** volunteer jurisdiction to the de facto courts, and,
2. grant any authority or permission to act in one's name **nor** use of registered name, and,
3. grant permission for the courts, or attorneys to use the entity name, and assume it is my alias, or benefits for securities trade, where their beneficial interest has been severed, and,

   a. **Fact in law undisputed by the SUPREME COURT DECISION which must take precedent in this matter – "All codes, rules, and regulations are for government authorities only,** "NOT" human/Creators in **accordance with God's laws. All codes**, *rules, and regulations are unconstitutional and lacking due process...* ". [Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).].

   b. [CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. 70 That was the Supreme Court of North Carolina in the year of 1796 stating that no man is bound to any law without the MAJORITY CONSENT of the fellow men of his country, as pursuant to a lawful democratic process. Even then individual consent is necessary].

c. **Facts undisputed by** constitution source of authority for the "**codes**" effective date of that instrument was repealed, thereby the application and enforcement for those "**codes**" are void. There must be a "source" of "authority" from the "people," thereby the "authority" is "permission to act in one's name," as the heir there was "NO" permission to act in one's name, nor use of registered name, thereby these acts are "identity theft" and "infringement."

4. Therefore, there is and was no permission to use the vessel *in rem*, to obedience of those "**codes**" or apply any form of penalties upon a faulty claim, thereby creating an "actual controversy" by "constructive fraud" for said false unlawful detainer, by use of identity theft and perjury IN VIOLATION OF ULTRA VIRES – Malfeasance by use of Identity fraud, continued crimes of perjury/slander/ written slander/use of registered names without permission, withholding evidence, misuse of statue, deliberate misuse of authority by constitutional rights, and equal protection of civil rights placing one in danger and continues to place one in danger, continued violation of federal law includes an anti-peonage law which declares that NO natural person can be compelled to work for free, where by each named party is liable for further investigation to evaluate acts by Securities Fraud, "immediately."

The COURT CLERK and/or presiding JUDGE are moved to act in honor and Vacate all matter before this Court, upon a living [wo]man immediately as of this day. Whereby all parties documented into record by pleadings as reviewed are herein and hereby liable. Whereby in fact of the concurrent investigation of Securities fraud that was not and did not disclose to the living [wo]man, the entity benefits was never abandoned and the claims before this court, and actions are documented as Treason.

The foregoing instruments are being executed under the hand and seal of the self-aware, living [wo]man and is a voluntary act of my free-will and Deed, so help me, God.

**Negative averments**:
1. I deny it can be proven that the **UNITED STATES OF AMERICA** is a living flesh and blood party that has been injured making this claim.
2. I deny it can be proven that the **UNITED STATES OF AMERICA** is not a corporation.
3. I deny it can be proven that the **GOVERNMENT** documented in the pleading is a living flesh and blood party that has been injured making this claim.
4. I deny it can be proven that the **GOVERNMENT** is not a business and need to document which Business.
5. I deny it can be proven that the Judges, Clerks, Attorneys, all ranks, have provided their Oath of Office and their names are properly documented on each pleading, as documented on their Oath.
6. I deny it can be proven that this matter did not violate my natural God given rights.
7. I deny it can be proven that the **UNITED STATES OF AMERICA** in collaboration with the **GOVERNMENT** have disclosed their identity on the record by Declaration how they each are injured.
8. I deny that the assigned Prosecutor properly provided **a.** Their insurance, which validates this action, **b.** Their oath of office, which validates all parties are properly documented on each pleading on the record, **c.** Each LEGAL ENTITY have no claim in the securities attached to the Case Number, on allege alias on the *attorney in fact*, when public records show, the names are not one of the same, entity name is a created as State Entities, and
9. I deny it can be proved that the **UNITED STATES OF AMERICA** is registered as a business or Government within the Public Records.

10. I deny it can be proved the claim of the Prosecutor did not violate my right of due process. I deny it can be proven the act by Prosecutor by use of the entity name **KAYRICKA WORTHAM, KAYRICKA DUPREE,** and **KAYRICKA YOUNG** are not identity theft of my body through the system an act of peonage, causing my life to be in danger.
11. I deny the Internal Revenue Service and the Security Exchange Commission, have been notified of the use of my LEGAL ENTITY BENEFITS, whereby proper NOTICE was presented to me at all times, and that the UNITED STATES OF AMERICA, GOVERNMENT, ALL PARTIES MAKING THIS CLAIM HAVE properly registered the securities with the State and can provide me a certified copy.
12. I deny it can be proven that the **UNITED STATES OF AMERICA** and the Prosecutor did not violate by USE of my registered entities as debtor transmitting utilities for securities through the Court case numbers, or application number which they properly have documentation they reported to the IRS and Securities Exchange Commission with my permission, and returned to me just compensation of what was due to me as the owner of the entity.

It is required to provide the proof of items 1-12 and as required by law each are to provide their insurance, a completed form W9, and a Certified Copy of all Oath of Office within 10 days upon receipt of this NOTICE. All parties are Noticed they shall not further harm me in any way, shape or form this day forward. (*this is a finial opportunity for the court to be in honor*).

Failure to comply, a finial notice will be issued to the Attorney General and Untied States Attorney General, that all Government Entities in regard to this matter is an act of war with the united states of America. This is a peaceful act, and proper notice has been given, whereby parties are welcome to Vacate the matter or pay the damages.

Affidavit oath and verification before God coming forth as

I *kayricka*: owner and victim, move to verify your acts as attorney in fact and executive trustee for the private trust estate of KAYRICKA LATISH YOUNG and dba(s) referenced of estate name documented above, under my unlimited liability and official oath affirmed before God, proceeding in good faith, being of sound mind, competent, and an adult living flesh and blood [wo]man on the land, having firsthand knowledge and victim, state the facts contained herein are true, correct, and complete and not misleading under the authority of God, so help me almighty God.

Respectfully issued Without prejudice,

By: *[signature]*
Self-aware, living [wo]man *attorney in fact*.
Affiant, owner of trust known as KAYRICKA LATISH YOUNG
all rights reserved

Attached:
    CUSIP
    3949a
    W9

This certificate pertains to a __5__ page document dealing with/entitled __Notice & Demand to Vacate__ and signed on __4/19/2023__

## Acknowledgment for an Individual

State of Georgia

County of __Clayton__

This record was acknowledged before me on __4-19-23__
                                              Date

by __Kaynicka Wortham__,
   Printed name of individual signing document

who is

____ personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

__C. Olivia Ricard__
(signature of notary public)

Notary Public, State of Georgia                    Stamp/Seal

My commission expires: __2-12-27__

*[Notary Seal: C. OLIVIA RICARD, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, My Comm. Expires FEBRUARY 12, 2027]*

Acknowledgment Ver D.docx

# Attachment A

CUSIP

## Your CUSIP Results are as follows:

**KAYRICKA YOUNG (CC 1:22-CR-361)**
**JPMorgan Federal Money Market Fund**
Symbol:              VFIXX
CUSIP:               4812A2793

Inception Date:      4/20/1994
Net Assets:          $5,207,179,000.00 as of
                     1/20/2023
Portfolio Assets:    $5,207,179,000.00 as of
                     1/20/2023

**A little about the Fund:**

JPMorgan Federal Money Market Fund seeks current income consistent with preservation of capital and maintenance of liquidity by investing in obligations of the U.S. treasury and debt securities issued by certain U.S. government agencies.



# Attachment B

3949a

| Form **3949-A**<br>(October 2020) | Department of the Treasury - Internal Revenue Service<br># Information Referral<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use **Form 14039**.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual<br>Clerk of Court Kevin P. Weimer, successor and/or assigned Clerk | b. Social Security Number/TIN<br>UNKNOWN | c. Date of birth<br>UNKNOWN | |
|---|---|---|---|
| d. Street address<br>District Court Northern District Georgia 75 Ted Turner Drive SW | e. City<br>Atlanta | f. State<br>GA | g. ZIP code<br>30303-3309 |
| h. Occupation | I. Email address | | |

| j. Marital status *(check one, if known)*<br>☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated | k. Name of spouse |
|---|---|

| 2a. Name of business **The State of Georgia**<br>CLERK OF COURT | b. Employer Tax ID number (EIN)<br>REFUSED | c. Telephone number<br>(404) 215-1600 | |
|---|---|---|---|
| d. Street address<br>SAME | e. City<br>SAME | f. State<br>GA | g. ZIP code |
| h. Email address | i. Website<br>https://www.gand.uscourts.gov/ | | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption ☐ Unsubstantiated Income ☒ Unreported Income ☐ Failure to Withhold Tax
☐ False Deductions ☐ Earned Income Credit ☐ Narcotics Income ☒ Failure to File Return
☐ Multiple Filings ☒ Public/Political Corruption ☒ Kickback ☒ Failure to Pay Tax
☒ Organized Crime ☒ False/Altered Documents ☐ Wagering/Gambling ☐ Other *(describe in 5)*

4. Unreported income and tax years    **SEE ATTACHED A & B**
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY ___ $ ___    TY ___ $ ___    TY ___ $ ___    TY ___ $ ___    TY ___ $ ___    TY ___ $ ___

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)* Kevin P. Weimer for the court or his deputy clerks for this court is fraudulently using my identity to impose a tax by use of my estate fictitious entity name(s), i did not make, nor grant permission to use my entity(s) with this corporation in fact according to tax law they are in violation of "Internal revenue code" [sec 7201 and 7202 as well as 287 USC Sec 1746, " Unsworn Declaration", 31 USC 3729 "False Claim, 18 USC Sec 287 Fictitious or Fraudulent Claim by use of entity without my permission , 18 USC Sec 153 Embezzlement against Estates, and 18 USC Sec 155 Free Agreements], They have not shown a W-9 to prove where their authority comes from nor form 1099B, as well as any Surety Bonds, nor their Oath of Office to document they are coming into record in their proper names, and bonds created by Court Case # 1:22-cr-361-TCB According to the IRS. Any Court asking for payment on any form of violation, it becomes a tax matter. i believe that this agency did not file the tax or document the securities they are collecting, without my permission whereby no Cusip was disclosed to me, so i request an investigation on this matter to see if a Cusip was pulled on my entity without my permission herein documented into record, which is securities fraud and Theft.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
   a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*    ☐ Yes ☒ No
   b. Do you consider the taxpayer dangerous    ☒ Yes ☐ No
   c. Banks, Financial Institutions used by the taxpayer

| Name<br>unknown | Name | | |
|---|---|---|---|
| Street address | Street address | | |
| City | State | ZIP code | City | State | ZIP code |

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>kayricka: attorney in fact of the Estate | b. Telephone number | c. Best time to call | |
|---|---|---|---|
| d. Street address<br>held in unlawful custody | e. City | f. State<br>republic | g. ZIP code<br>00000 |

**Print and send your completed form to:** Internal Revenue Service
PO Box 3801
Ogden, UT 84409

Catalog Number 47872E    www.irs.gov    Form **3949-A** (Rev. 10-2020)

# Attachment C

W9

| Form **W-9** |  | **Request for Taxpayer** | Give Form to the |
|---|---|---|---|
| (Rev. November 2017) |  | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury Internal Revenue Service |  | ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**6** City, state, and ZIP code

Requester's name and address (optional)

**7** List account number(s) here (optional)

| **Part I** | **Taxpayer Identification Number (TIN)** |

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

Employer identification number

☐☐ – ☐☐☐☐☐☐☐

| **Part II** | **Certification** |

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| **Sign Here** | **Signature of U.S. person** ▶ | **Date** ▶ |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)

## SPECIAL DEPOSIT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Case Number**: 1:22-cr-361

## AFFIDAVIT OF WANT OF AUTHORITY

In these causes, the alleged-defendant(s) and respondent(s), KAYRICKA WORTHAM, KAYRICKA DUPREE, and KAYRICKA YOUNG [registered entity(s)] named by misnomer. Whereby, owner makes oath and affirm before the Almighty God, that she has good reason to believe, and does believe, and charges documented by the Clerk Kevin P. Weimer inclusive of assigned judge(s), prosecutor(s), plaintiff UNITED STATES OF AMERICA, and all unknown or unnamed brought this suit into record, by use of a Registered entity 1991-15-19491 as KAYRICKA LATISH YOUNG claims by use of my estate fictitious entity name(s). I did not make, nor grant permission to use my entity with this corporation in fact according to tax law this is now in violation of Internal Revenue [Code sec 7201 and7202 as well as 287 USC sec 1746]. The Prosecutor that is litigating it, as well as the Party of interest UNITED STATES OF AMERICA through the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, all fictitious entities, within the  - ATLANTA DIVISION, who acquired this suit have and or are now litigating it, did not then have and does not now have, authority to do so; that they were / are acting as complainant's Solicitors in these causes without any lawful authority to so act. Wherefore affiant prays the Court to require all parties involved to produce and exhibit their authority to act as complainant's Solicitors in these causes. Whereby this 3949a/ with CUSIP assigned to Case # documented above, will move forward by 1099B for further investigation in the matters before this court,  as theft, due to the fact that this is not a threat, this is proper notice of a tax matter, that this agency did not file the tax or register this matter with the state as required by law.

**Undisputed Facts:**

Every court case is assigned, by the court administrator, a U.S. Treasury Public Debt number, placed onto the court document, after the unknowing participants in the case have received their copy of the same, but without the added monetary transformation of that instrument into a financial transaction, which is the definition of a securitization. Read Professor Adam J. Levitin's Congressional Testimony on securitization. ([http://www.banking.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=1c7f57c0-a25e-4c04-80cc-9ad8e65e0bea](http://www.banking.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=1c7f57c0-a25e-4c04-80cc-9ad8e65e0bea)).

The Public Debt Number corresponds with the Case Number assigned to each case and is usually conveyed in codes quite undecipherable to the casual onlooker. These are the codes that the fed uses to convert the case into a fungible instrument depending on its worth and value as calculated on the basis of relief sought. If a prosecutor can put away a criminal for 5 years, that's $31,500 per year X 5 = 157,500 per inmate as it costs $31,500.00 per year to house and feed each inmate. Imagine 2 million inmates based on current inmate population, that works out to $31,500 per year X 2,000,000 = $63,000,000,000.00 ($63 Billion per year for 2 million inmates). Imagine 63 billion in a private placement program with a fivefold return every 15 days !!

They simply love it when plaintiffs flock to file cases. Imagine the diurnal take at $400.00 per case filed in state or federal courts all over America. Soon, they will be charging for a defendant's response as well. Business as usual.

After the Public Debt number is obtained, which "<u>now converts **the instrument** into a counterfeit obligation</u>" pursuant to [United States Code18, Section 472 et seq. 473 ;474] (*Whoever, with intent to defraud, passes, utters, publishes, or sells, or attempts to pass, utter, publish, or sell, or with like intent brings into the United States or keeps in possession or conceals any falsely made, forged, counterfeited, or altered obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both*).

Now, the court administrator additionally <u>counterfeits</u> the same obligation by adding a CUSIP number preparing the instrument to become a tradeable financial instrument.

CUSIP is the acronym for 'Committee on Uniform Securities Identification Procedures.' It is a copyrighted registered trademark of The American Bankers Association. This means only one of two things. Firstly being, the court administrators are knowingly committing copyright infringement violations in addition to uttering counterfeit obligations, and/or secondly that the court administrator must obviously be a participating *<u>registered securities broker/ member of the CUSIP</u>*.

Now, the courts have fraudulently converted every court case into a banking financial securities instrument, fraudulently converting the court into the creditor position and the respondent/plaintiff in the matter now unknowingly converted into the debtor. To make matters even worse for the judges, they are knowingly acting with a vested interest with insider knowledge as insider trading in addition to violations of judicial canons.

Further still, judges are to act without bias, to make rulings on the merit of argument, but instead are making financial investments on every case, knowing the exact meaning of every number and/letter applied to and now written on the face of the instrument in all cases in the form of the CUSIP and are now ruling based on futures rather than rule of law, evidence, oral or written argument. WHY do you think hardly a hundred homebuyers (from a pool of some fifty million homeowners) find relief when suing lenders and banks for mortgage fraud?

Additionally, the courts are also committing tax fraud which it becomes my duty to comply with the rules and give notice by the 3949a form that must be documented into record.

The U.S., United States, as defined in [28 USC 3002(15)], is ***bankrupt*** on the authority of <u>Perry v. United States, 294 U.S. 330-381; 79 L. Ed. 9121</u>, and is an "obligor/grantor" to the Federal Reserve Bank, created by the authority of the Federal Reserve Act of 1913, 38 Stat. 265, Chapter 6. A bankrupt's unpaid debts now become the government's obligation to distribute them accordingly to the creditors. **Here, the debtor, creditor, trustor, trustee and beneficiary are one and the same person – the United States government seated in Washington D.C.**

I know by the given 10 commandments before my creator almighty God, right from wrong. I am over the age of majority and have personal knowledge of the matters stated herein, and hereby asseverate understanding the liabilities, for not telling the truth, under the laws of Gods Kingdom, that the foregoing is true and correct to the best of my knowledge and belief, not intended to be misleading.

By: *kdyricka*:
*Owner, attorney in fact, living [wo]man, Affiant.*
*Without recourse, all rights reserved before God.*

| | | |
|---|---|---|
| Attachment: A | CUSIP | attached to pleading |
| Attachment: B | 3949a | attached to pleading |
| Attachment: C | W9 | attached to pleading |

This certificate pertains to a __2__ page document dealing with/entitled __Special Deposit__ and signed on __4/19/23__

**Acknowledgment for an Individual**

State of Georgia

County of __Clayton__

This record was acknowledged before me on __4-19-23__
                                              Date

by _____Kaynicka Wortham_____,
   Printed name of individual signing document

who is

____ personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

__C. Olivia Bricant__
(signature of notary public)

Notary Public, State of Georgia                    Stamp/Seal

My commission expires: __2-12-27__

*[Notary Seal: C. OLIVIA RICARD, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, My Comm. Expires FEBRUARY 12, 2027]*

Acknowledgment Ver D.docx

# AFFIDAVIT OF TRUTH

Georgia                }

I, *kayricka*; a living flesh and blood [wo]man, Created by God, make oath and affirm, depose, say, and declare by my handwriting that the following facts are true, correct, and complete to the best of my knowledge and belief.

"Indeed, no more than a (affidavit) is necessary to make the prima facie case." [United States v. Kis, 658 F.2 nd , 526, 536 (7 th Cir. 1981); cert Denied, 50 U.s. L.w. 2169; S. ct. March 22, 1982]

> THAT, there is fraud upon the Court as these matters are not by living and breathing men and [wo]man, but only by corporate entities, which they are fictious as evidenced by use of UNITED STATES OF AMERICA and GOVERNMENT, but there are no declarations and a entity cannot order a CUSIP number nor claims submitted to the Court.

> THAT, the Court administrators are engaged in Extortionate Extensions of Credit as they have sold the case payment intangibles and payment tangibles to an undisclosed third-party purchaser for value in the money markets.

> THAT, the CUSIP number is evidence that this Court case has been Securitized and there has occurred a breach of Fiduciary Duty on the Court administrators' part as they have collectively failed to discharge their contractual duties.

> THAT, all crimes are commercial [pursuant to 27 CFR 72.11].

> THAT use of [§242] Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any STATE, TERRITORY, POSSESSION, or DISTRICT by deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of THE united states, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

> THAT, the litigation has failed to produce an eyewitness to these cases, as the Constitution gives affiant the right to face her accusers.

> THAT, any discrimination or injury caused by the UNITED STATES OF AMERICA by failing to dismiss these causes with prejudice for failure to state a claim for which relief could be granted, agrees to such injuries and to the associated damages as established by the Affiant, the State, and The United STATES (Inc.), by and through their agents by said agreement, is estopped from defense or rebuttal in the matter and agrees that the Affiant may proceed by Tort for damages.

> THAT, this Affidavit if not rebutted point for point by any living man or [wo]man, representing the UNITED STATES OF AMERICA, and the GOVERNMENT, State of the DISTRICT OF COLUMBIA, and The UNITED STATES (Inc.) at any level, in any matter, at any time within 7 (seven) Calendar days upon receipt, these facts stand as true in both the private and public record . . . as true, correct, and not misleading.

**NOTE Maxims Of Law**: EQUITY REGARDS THE BENEFICIARY AS THE REAL OWNER.
Further Affiant Sayeth Not.

Dated: April 19, 2023

By: *kayricka* [signature]
*Owner, attorney in fact, living [wo]man, Affiant.*
*Without recourse, all rights reserved before God.*

This certificate pertains to a __1__ page document dealing with/entitled __Affidavit of Truth__ and signed on __4/19/2023__

**Acknowledgment for an Individual**

State of Georgia

County of __Clayton__

This record was acknowledged before me on __4-19-23__
                                              Date

by __Kaynicka Wortham__,
   Printed name of individual signing document

who is

____ personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

__C. Olivia Ricard__
(signature of notary public)

Notary Public, State of Georgia          Stamp/Seal

My commission expires: __2-12-27__

*[Notary seal: C. OLIVIA RICARD, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, My Comm. Expires FEBRUARY 12, 2027]*

Acknowledgment Ver D.docx




# Flat Rate Mailing Envelope
**For Domestic and International Use**

Visit us at usps.com



EJ 634 267 199 US

**PRIORITY MAIL EXPRESS**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Kayricka Wortham prisoner ID# 24310510
11866 Hastings Bridge Rd
P.O. Box 429
Lovejoy, GA 30250

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☒ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE ( )

Court Clerk, Kevin Weimer
75 Ted Turner Dr. SW
ATLANTA, GA

ZIP + 4® (U.S. ADDRESSES ONLY)
3 0 3 0 3 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance Included.

⬅ **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 30314
Scheduled Delivery Date (MM/DD/YY): 04/24/23
Postage: $28.75

Date Accepted (MM/DD/YY): 04/21/23
Scheduled Delivery Time: 6PM
Insurance Fee: $
COD Fee: $

Time Accepted: 2:58 PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $3.35
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $32.10  ~~28.75~~

Weight: lbs ozs
☐ Flat Rate
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time  ☐AM ☐PM  Employee Signature
Delivery Attempt (MM/DD/YY) Time  ☐AM ☐PM  Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

CLEARED DATE
APR 24 2023
U.S. Marshals Service
Atlanta, GA 30303

TCB

When used internationally affix customs declarations (PS Form 2976, or 2976A).

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Please recycle.

Visit us at usps.com   We Deliver!




# UNITED STATES POSTAL SERVICE

EXT

Flat
Maili

**For Domestic and International Use**

Visit us at usps.com

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Court Clerk, Kevin Weimer
   75 Ted Turner Dr. SW
   ATLANTA, GA 30303

   9590 9402 6071 0125 8816 50

2. Article Number (Transfer from service label)

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☒ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt