# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 9 2023

KEVIN P. WEIMER, Clerk
By:
Deputy Clerk

UNITED STATES OF AMERICA

Plaintiff(s),

v.

Case No.: 1:22-cr-361-TCB

KAYRICKA WORTHAM a/k/a
KAYRICKA DUPREE a/k/a
KAYRICKA YOUNG

Respondent(s).

**Motion for Protective Order for Sensitive Information Concerning the Corporation(s) Listed as Plaintiff(s) and the Corporation(s) Listed as Respondent(s)**

In this case, the sensitive material and/or information concerning the KAYRICKA WORTHAM a.k.a. KAYRICKA DUPREE a.k.a KAYRICKA YOUNG corporation to be provided (or made available) to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION and specifically Chief Judge Timothy C. Batten (Presiding Judge over Case No. 1:22-cr-361-TCB) by the Respondent(s) require(s) discreetness and protection. The sensitive material contains 'Trade Secret' information concerning the above listed corporation(s). In addition, the redaction of sensitive information within the entirety of the information to be provided (or made available) to the courts and specifically Chief Judge Timothy C. Batten (Presiding Judge over Case No. 1:22-cr-361-TCB) is unduly because redaction may hamper the courts and/or Judges ability to receive all pertinent (sc) information being that all information within is to be considered as sensitive material.

THEREFORE, IT IS HEREBY ORDERED, pursuant to Title 18 §1835(a) & (b), and for good cause shown:

1. All material concerning the KAYRICKA WORTHAM a.k.a.KAYRICKA DUPREE a.k.a KAYRICKA YOUNG corporation is to be used by Chief Judge Timothy C. Batten **only** for the purpose of handling the Private Trust matter and that neither the US Counsel nor members of the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION may disseminate, disclose or provide the provided information/material to anyone who is not responsible for the settlement of Title 1:22:361-TCB.

2. That all material and/or information concerning the KAYRICKA WORTHAM a.k.a.KAYRICKA DUPREE a.k.a KAYRICKA YOUNG corporation shall not be further disseminated by the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION or its Counsel to any individual, organization or entity other than to:

   a) Chief Judge Timothy C. Batten

3. That upon any dissemination for the information/materials, recipient (Chief Judge Timothy C. Batten) will be made aware of the Protective Order byway of Certified USPS Express Mail and the requirement to maintain confidentiality of the information conveyed.

4. That Chief Judge Timothy C. Batten may display copies of any "sensitive materials" to Clerk of Court Kevin P. Weimer **only** in the presence of the Respondent(s), if it is determined necessary to do so for the purpose of settlement of Title 1:22:361-TCB. Material/Information may only be shown if Clerk of Court Kevin P. Weimer agrees not to disseminate information in the documents, and provided that the Respondent(s) retrieve(s) all copies of the "sensitive materials" after the meeting.

5.  That if Chief Judge Timothy C. Batten desires to disclose, make available, or communicate the content of any of the "sensitive material" to any other person(s) not described in this Order, Respondent(s) must first be so advised.

6.  That this Order shall survive the final termination of this action/case.

    **So ORDERED** this _____ day of _____, 2023.


                                        _____
                                        TIMOTHY C. BATTEN
                                        UNITED STATES CHIEF JUDGE


Presented by:
kayricka, owner, attorney in fact, living [wo]man, Affiant without recourse all rights reserved

**CC:**

Steve McClain
U.S. Attorney's Office
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303

Norman Barnett
U.S. Attorney's Office
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303

US District Court
Northern District of Georgia Atlanta Division
75 Ted Turner Drive SW
Atlanta, GA 30303

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

 **UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**



EI 654 283 173 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE ( )

Kayricka Wortham
USMS 24310510
PO Box 730
Lovejoy, GA 30250

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

Clerk of Court
Attn: Kevin P. Weimer and/or Chief Judge Timothy C. Batten
US District Court for the Northern District of GA
75 Ted Turner Drive SW
Atlanta, GA 30303

ZIP + 4® (U.S. ADDRESSES ONLY)

3 0 3 0 3 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 30250    Scheduled Delivery Date (MM/DD/YY): 6/9/23    Postage: $28.75

Date Accepted (MM/DD/YY): 6/8/23    Scheduled Delivery Time ☐ 12:00 PM ☐ 3:00 PM    Insurance Fee: $    COD Fee: $

Time Accepted: 1:45 ☐ AM ☒ PM    Return Receipt Fee: $    Live Animal Transportation Fee

Special Handling/Fragile: $    Sunday/Holiday Premium Fee: $    Total Postage & Fees:

Weight: ___ lbs. ___ ozs.    ☐ Flat Rate    Acceptance Employee Initials: A    $28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

   **UNITED STATES POSTAL SERVICE®**