IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KAYRICKA WORTHAM,

Defendant.

CRIMINAL ACTION FILE

NO. 1:22-cr-361-TCB

### ORDER

This case comes before the Court on Defendant Kayricka Wortham's motion [55] for a protective order seeking unspecified relief pertaining to her desire to be treated as a "corporation" and "settle" the underlying criminal prosecution. This motion is one of many filings relating to her purported "sovereign citizenship." Despite the Court previously denying [25] motions made on this basis, she has continued to file documents of this nature. *See, e.g.*, [50] ("Notice of Demand to Vacate"); [51] ("Affidavit of Truth"); [52] ("Special Deposit); [53] ("Notice

of Settlement of All Debt"). This motion [55] on review—and any others relating to her "sovereign citizen" status—will be denied.

For the foregoing reasons, the Court denies Wortham's motion [55]. Her sentencing hearing remains scheduled for June 27, 2023, at 10:00 a.m. in Atlanta Courtroom 2106.

IT IS SO ORDERED this 13th day of June, 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge