IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM<br>  A/K/A KAYRICKA DUPREE<br>  A/K/A KAYRICKA YOUNG | Criminal Action No.<br><br>1:22-cr-00361-TCB |

### Affidavit of United States Secret Service Special Agent Matthew Oltman

I, Matthew Oltman, hereby declare as follows:

1. I am a Special Agent with the United States Secret Service ("Secret Service" or "USSS"), and have been so employed since December 2005. During my tenure with the Secret Service, I have been assigned to investigate violations of federal laws, including violations of Title 18 of the United States Code. I received criminal investigative training at the Federal Law Enforcement Training Center in Glynco, Georgia, and at the James J. Rowley Secret Service Training Center in Beltsville, Maryland, pertaining to criminal investigations of counterfeit currency, bank fraud, money laundering, wire fraud, access device fraud, and identity theft. Prior to my employment with the Secret Service, I worked for the Bloomington, Illinois Police Department, as a patrol officer. I am an investigative

and law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under authority of Title 18, United States Code, Section 3056.

2. On or about June 10, 2022, the USSS Atlanta Field Office began investigating a possible multi-level embezzlement scheme involving an unusually large and significant flow of funds between various bank accounts in the form of transfers, ACH credits and debits, and large dollar wires from one account to another that began on or about January 19, 2022.

3. A review of bank records from several financial institutions revealed that Wortham and her coconspirators received substantial Electronic Data Interchange Payments from Amazon.com in various banks accounts.

4. During the investigation, USSS determined that Kayricka Wortham had access to Amazon's payee and invoicing databases and could add and approve vendors and invoices. Amazon identified information demonstrating that Wortham told Amazon employees who reported to her to onboard vendors, including the vendors connected to various banks account. Wortham provided her subordinates with the vendor information they needed to enter into the system.

5. Although EDI payments are typically made by companies to their vendors, none of the accounts identified in the investigation showed signs of legitimate business activity such as payroll, payments from other customers, or payments to vendors. Moreover, account names often did not match the names associated with the EDI payments.

6. Based on its investigation, USSS obtained multiple warrants and seized fraud proceeds from bank accounts that received funds obtained during the above-described embezzlement scheme pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A) on the grounds that the funds constituted or were derived from proceeds traceable to a violation of 18 U.S.C. §§ 1349 (conspiracy to commit wire fraud and bank fraud), 1343 (wire fraud), 1344 (bank fraud), and 1028 (identity theft), and pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 982(a)(1) on the grounds that the funds constitute property, real or personal, involved in a transaction or attempted transaction in violation of Title 18, United States Code, Sections 1956 and 1957 (money laundering), or a conspiracy to commit such violations.

7.      On or about August 3, 2022, USSS obtained a seizure warrant in case number 1:22-MJ-680 to seize any and all funds maintained in 21 Navy Federal Credit Union accounts, which resulted in the seizure of the following funds:

- $7,540.65 seized from Navy Federal Credit Union account ending in 3008 on or about August 12, 2022;
- $102.01 seized from Navy Federal Credit Union account ending in 9979 on or about August 12, 2022; and
- $00.61 seized from Navy Federal Credit Union account ending in 2758 on or about August 12, 2022.

8.      On or about August 3, 2022, USSS obtained a seizure warrant in case number 1:22-MJ-681 to seize any and all funds maintained in eight Wells Fargo Bank NA accounts, which resulted in the seizure of $549.43 from Wells Fargo Bank account ending in 7611 on or about August 9, 2022.

9.      On or about September 21, 2022, USSS obtained a seizure warrant in case number 1:22-MJ-816 to seize any and all funds maintained in a Navy Federal Credit Union Account, which resulted in the seizure of $101,023.23 from the Navy Federal Credit Union account ending in 3373 on or about September 23, 2022.

4

10. On or about January 13, 2023, USSS obtained a seizure warrant in case number 1:23-MJ-041 to seize any and all funds up to $550,000.00 maintained in a Wells Fargo Bank account, which resulted in the seizure of $117,430.39 from Wells Fargo Bank account ending in 5940 on or about February 6, 2023.

11. Wortham was a signer or cosigner on the above-described accounts that contained funds subject to forfeiture.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the facts stated above are true and correct to the best of my knowledge and belief.

This 20TH day of June 2023.

_____
SPECIAL AGENT MATTHEW OLTMAN
UNITED STATES SECRET SERVICE