IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM<br>  a/k/a KAYRICKA DUPREE<br>  a/k/a KAYRICKA YOUNG | Criminal Action No.<br><br>1:22-CR-0361-TCB |

**United States' Motion for Reduction of Sentence
Based on Substantial Assistance**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Stephen H. McClain and Norman L. Barnett, Assistant United States Attorneys for the Northern District of Georgia, files this United States' Motion for Reduction of Sentence Based on Substantial Assistance. Defendant Kayricka Wortham a/k/a Kayricka Dupree a/k/a Kayricka Young provided substantial assistance to the government after she learned of the investigation.

After the government seized bank accounts associated with Wortham's scheme to defraud Amazon.com, she contacted the government and offered to cooperate. Brittany Hudson and Demetrius Hines contacted the government and agreed to cooperate at the same time as Wortham. On August 12, 2022, the Secret Service and U.S. Attorney's Office interviewed Wortham about her fraudulent activities at Amazon. During her proffer interview, Wortham

explained that one of her co-conspirators was Laquettia Blanchard, who worked in Amazon's Human Resources Department.  Wortham made a recorded call with Blanchard, who made incriminating statements during the call.  Blanchard agreed to waive indictment and plead guilty after the government disclosed the recording to her counsel.  *See United States v. Blanchard*, No. 1:23-CR-0114-TCB (N.D. Ga.).  Wortham's cooperation also assisted with charging Hudson, Hines, and Jamar L. James, Sr.  During her proffer interview, Wortham described all three individuals' involvement in the crimes.  Hines has waived indictment and pleaded guilty.  *See United States v. Hines*, No. 1:22-CR-0341-TCB (N.D. Ga.).  Hudson waived indictment but has since balked and been indicted by a grand jury.  *See United States v. Hudson*, No. 1:22-CR-0362-TCB (N.D. Ga.); *United States v. Hudson et al.*, No. 1:23-CR-0131-TCB-RDC (N.D. Ga.).  James was recently indicted.  *See United States v. Hudson et al.*, No. 1:23-CR-0131-TCB-RDC (N.D. Ga.).

The government believes that Wortham provided valuable assistance and helpful information about the Amazon scheme, advancing the investigation and resulting in the charging of another defendant, Blanchard.  The United States therefore moves for a downward departure pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) and recommends that the Court reduce Wortham's offense level by three levels based on her substantial assistance.

## Conclusion

The United States respectfully requests that the Court grant its Motion for Reduction of Sentence Based on Substantial Assistance.

> Respectfully submitted,
>
> R<small>YAN</small> K. B<small>UCHANAN</small>
> *United States Attorney*
>
> /s/ S<small>TEPHEN</small> H. M<small>C</small>C<small>LAIN</small>
> *Assistant United States Attorney*
> Georgia Bar No. 143186

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record, and will serve a copy to the defendant by hand at the sentencing hearing:

Kayricka Wortham

June 26, 2023

/s/ STEPHEN H. MCCLAIN

STEPHEN H. MCCLAIN

*Assistant United States Attorney*