# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00361-TCB
## USA v. Wortham
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 06/27/2023.

TIME COURT COMMENCED: 10:02 A.M.
TIME COURT CONCLUDED: 10:42 A.M.       COURT REPORTER: Denise Stewart
TIME IN COURT: 00:40                                DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kayricka Wortham Present at proceedings |
| ATTORNEY(S) PRESENT: | Norman Barnett representing USA  <br> Stephen McClain representing USA  <br> Kayricka Wortham appearing Pro Se  <br> ** Nick Lotito appearing as stand-by counsel for Kayricka Wortham |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | See judgment in criminal case. |
| HEARING STATUS: | Hearing Concluded |