United States District Court
for the
Northern District of Georgia
Atlanta Division

United States of America
Plaintiff,

v

Case Number: 1:22-CR-361-TCB

KAYRICKA WORTHAM
A/K/A KAYRICKA DUPREE
A/K/A KAYRICKA YOUNG
Defendant,

Notice of Acceptance of Charges

**NON-NEGOTIABLE**

To: Honorable Chief Judge Timothy C. Batten Sr.
UNITED STATES Attorney Ryan K. Buchanan
Assistant UNITED STATES Attorney Stephen H. McClain
Assistant UNITED STATES Attorney Norman L. Barnett
Clerk of Court, Kevin P. Weiner

# NOTICE OF ACCEPTANCE OF CHARGES

To: AUSA Steven McClain
AUSA Norman Barnett
at UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

NOTICE TO AGENT IS NOTICE TO PRINCIPLE
NOTICE TO PRINCIPLE IS NOTICE TO AGENT

75 Ted Turner Drive
ATLANTA, GA 30303

DATE: 6/22/2023

RE: Complaint on Case # 1:22-cr-361-TCB
[UNITED STATES OF AMERICA vs. KAYRICKA WORTHAM a.k.a
KAYRICKA DUPREE a.k.a
KAYRICKA YOUNG]

Dear AUSA Steven McClain & AUSA Norman Barnett,
cc: Honorable Chief Judge Timothy C. Batten Sr. & Clerk of Court Kevin P. Weiner

Please take notice that I have accepted the presentment made by UNITED STATES Attorney Ryan K. Buchanan,
Assistant UNITED STATES Attorney Stephen H. McClain and Assistant UNITED STATES Attorney Norman L. Barnett for value and returned it to Honorable Chief Judge Timothy C. Batten Sr. and Secretary of Treasury Janet Yellen. The purpose of this notice is to inform you that this presentment is ACCEPTED FOR VALUE AND EXEMPT FROM LEVY. In exchange of my exemption and the appropriate disbursement, please discharge (or settle) this case # 1:22-cr-361-TCB. For my remedy, release my body, proceeds, products, accounts, fixtures, and ALL revenue and return back to me in whole. The instructions and statement of account were mailed to the Fiduciaries listed above as well as the Chief Judge in chambers. They have been notified of the authorization to settle this matter.

With this acceptance, there is no controversy. I want a settlement and closure of this account immediately.

Sincerely,
Authorized Representative: _____
Without Recourse