## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KAYRICKA WORTHAM,

    Defendant.

CRIMINAL ACTION FILE

NO. 1:22-cr-361-TCB

## O R D E R

Defendant Kayricka Wortham produced the attached document during her sentencing hearing on June 27, 2023.

IT IS SO ORDERED this 27th day of June, 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge

To: Chambers of United States District Court
Northern District of Georgia Atlanta Division, Chief Judge

Special - Private - Confidential - Priority

Greetings, to whom these presents shall concern.

I have enclosed by United States Postal Service delivery a true and correct copy of the Acceptance of Value Exempt from Levy and the correspondence sent to the Secretary of Treasury. That correspondence consist of the Cover Letter, Information, Judgement, UCC-1 Financial Statement 3 Addendum's, UCC-3 Amendment, Notice of Claim and Notice of Transfer, for the honorable Chancellor and chief Justice Timothy C. Batten Sr. to review in chambers.

No man can serve two masters: for either he will hate the one, and love the other; or else, he will hold to the one, and despise the other. Ye cannot serve God and mammon. Matthew 6:24

Certified Mail Tracking Number  _EI65428340305_   _RR- 9590940263280296755243_

Honorable Chief Judge Timothy C. Batten
2141 Richard B Russell Federal Building
75 Ted Turner Dr SW
Atlanta, GA 30303-3309

Kayricka: Wortham
c/o P.O. Box 366294
Atlanta, Georgia [30336]
united States of America

# SPECIAL DEPOSIT

Dear Honorable Chief Judge Batten,

The purpose of this communication is to settle a claim. Please find attached the authorization of payment/performance in the matter of 1:22-cr-361; 1:22-cr-361-1; 1:22-cr-00361-TCB; 1:22-cr-00361-TCB-1; 1:22-cr-361-TCB; 1:22-cr-361-TCB-1 which has been authorized for the Secretary of Treasury as the Fiduciary to complete said performance. Please find attached the communication which has been sent to the office of Janet Yellen, DBA Treasury in the Secretary of State Office.

NOTICE TO AGENT IS NOTICE TO PRINCIPLE
NOTICE TO PRINCIPLE IS NOTICE TO AGENT

Trustee
Kayricka: Wortham
Without Prejudice/Without Recourse
All Rights Reserved

_Kyricka_

Authorized Representative of
KAYRICKA WORTHAM TRUST

**Attachments:**
Notice to Janet Yellen, Secretary of Treasury
Information and/or Judgment and/or Indictment
Allonge
UCC-1 – Financing Statement (Proof of Ownership) & Addendum's
UCC-3 – Amendment (Proof of Transfer)
Notice of Claim
Notice of Transfer
Copy of Ownership – Certified Mail Return Receipt (Green Card)
Copy of CUSIP

Certified Tracking: _____ *EI 654283 394US* _____ *95909402734820281380059*

Janet Yellen, DBA Secretary
SECRETARY OF TREASURY
1500 Pennsylvania Avenue NW
Washington, DC 20220

Kayricka Wortham
c/o PO Box 366294
Atlanta, GA 30336
united States of America

# COVER LETTER

Dear Ms. Yellen, Secretary-In-Charge:

The purpose of this communication is to settle a claim. It has been brought to my attention as the Holder in Due Course of the KAYRICKA WORTHAM d.b.a. KAYRICKA DUPREE d.b.a KAYRICKA YOUNG, that there has not been a performance/payment on this matter. With your position of the fiduciary of this transaction, your Oath requires that you settle all claims and debts in the matter of 1:22-cr-361; 1:22-cr-361-1; 1:22-cr-00361-TCB; 1:22-cr-00361-TCB-1; 1:22-cr-361-TCB; 1:22-cr-361-TCB-1. Please find attached the charging instrument (bill). As the Trustee, I authorize payment/settlement of this matter.

Should there not be enough in the trust to settle the account, I have attached an Allonge which authorizes funds to be disbursed from the bonds attached to the trust. Upon settlement of this transaction, please disburse all remaining funds back to me as the beneficiary.

Please ACCEPT FOR VALUE EXEMPT FROM LEVY _____   DATE _6-16-23_
EXEMPTION IDENTIFICATION NUMBER 219316819
Deposit to the U.S. Treasury and charge the same to the Clerk of Court Kevin P. Weimer of the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA for case # 1:22-cr-361; 1:22-cr-361-1; 1:22-cr-00361-TCB; 1:22-cr-00361-TCB-1; 1:22-cr-361-TCB; 1:22-cr-361-TCB-1.

As the true beneficiary, I appreciate your attention to this matter.

Kayricka: Wortham
Without Prejudice/Without Recourse
All Rights Reserved

_____
Authorized Representative of
KAYRICKA WORTHAM TRUST

**Attachments:**
Information and/or Judgment
Allonge
UCC-1 – Financing Statement (Proof of Ownership) & Addendum's
UCC-3 – Amendment (Proof of Transfer)
Notice of Claim
Notice of Transfer

ORIGINAL

*ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For my remedy, release the proceeds, products, accounts,
and fixtures in the order(s) to me immediately in the
accordance with public Policy Chap.48, 48 Stat 112,
UCC 10-104 and UCC 1-104 _____ Date ___6-16-23___
Exemption Identification Number ___219316819___*

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 29 2022

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

*Deposit to the U.S. Treasury
and charge the same to the Clerk
of Court of the UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
GEORGIA in case # 1:22-cr-361*

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Information |
| KAYRICKA WORTHAM<br>A/K/A KAYRICKA DUPREE<br>A/K/A KAYRICKA YOUNG | No. 1:22-CR-361 |

ATTEST : A TRUE COPY
CERTIFIED THIS

MAY 30 2023

KEVIN P. WEIMER, Clerk
By: _____   Deputy Clerk

THE UNITED STATES ATTORNEY CHARGES THAT:

## Count One
### (Conspiracy to Commit Wire Fraud)

1. Beginning on a date unknown, but from at least in or about January 2022, and continuing through in or about June 2022, in the Northern District of Georgia and elsewhere, the Defendant, KAYRICKA WORTHAM a/k/a Kayricka Dupree a/k/a Kayricka Young, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with Brittany Hudson, Demetrius Hines, and others known and unknown to commit wire fraud, that is, to knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, and for the purpose of executing the scheme, with the intent to defraud, to cause the transmission of interstate wire communications, in violation of Title 18, United States, Code, Section 1343.

*Without recourse, pay to the order of Kevin P. Weimer
DBA Clerk of Court of the UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF GEORGIA.
All Rights Reserved. Authorized*

Background

At all times relevant to this Information:

2. Defendant WORTHAM was an Operations Manager at Amazon.com, Inc. ("Amazon"). She worked at the Amazon Warehouse in Smyrna, Georgia. In her position, Defendant WORTHAM supervised others and had the authority to approve new vendors for Amazon. She could also approve the payment of vendor invoices.

3. Brittany Hudson was in a relationship and resided with Defendant WORTHAM. Hudson owned a business, Legend Express LLC, which contracted with Amazon as a Delivery Service Partner. Amazon Delivery Service Partners are independent businesses that partner with Amazon to deliver packages to customers.

4. Demetrius Hines was a Loss Prevention Multi-Site Lead at Amazon. He worked at various Amazon sites, including the Amazon Warehouse in Smyrna, Georgia. In his position, Hines was responsible for preventing loss and protecting people, products, and information at Amazon. He led investigations, conducted interviews, and monitored security risks.

5. Amazon is an American multinational technology company whose business interests include e-commerce, cloud computing, digital streaming, and artificial intelligence. Amazon engages in the online retail sale of a wide range of products, including books, music, computers, and electronics, among numerous

2

other products, which are directly shipped to customers. Amazon is one of the largest technology companies in the United States.

Manner and Means

6. Defendant WORTHAM used her position as an Operations Manager at Amazon to steal more than $9 million from the company. Working with co-conspirators, Defendant WORTHAM created fake vendors and submitted more than $10 million in fictitious invoices for those vendors, causing Amazon to transfer approximately $9.4 million to bank accounts controlled by her and her co-conspirators.

7. As part of the scheme, Defendant WORTHAM provided fake vendor information to unknowing subordinates and asked them to input the information into Amazon's vendor system. Once the information was entered, Defendant WORTHAM approved the fake vendors, thereby enabling those vendor accounts to submit invoices for payment for goods and services purportedly provided by the vendors to Amazon.

8. Defendant WORTHAM established the fake vendor accounts so that they were associated with bank accounts controlled by her and co-conspirators.

9. After the fake vendor accounts were established, Defendant WORTHAM and her co-conspirators submitted fictitious invoices to Amazon for payment. These invoices falsely represented that the fake vendors had provided goods and services to Amazon, when in fact they had not. The invoices directed payment to bank accounts controlled by Defendant WORTHAM and her co-conspirators.

3

10. After Amazon received the fictitious invoices, Defendant WORTHAM or others approved them for payment, causing Amazon to transfer funds to the bank accounts controlled by Defendant WORTHAM and her co-conspirators. These approvals and payments caused transmissions of interstate wire communications.

11. In furtherance of the conspiracy, Defendant WORTHAM recruited other individuals to act as purported vendor contacts for the fake vendors entered into Amazon's system. Defendant WORTHAM shared fraudulent proceeds with these co-conspirators by directing payments of fictitious invoices to their bank accounts and by transferring fraudulent proceeds from her accounts to theirs.

12. Conspiring with Defendant WORTHAM, Hudson submitted fictitious invoices on behalf of some of the fake vendors and directed payment to bank accounts controlled by her and co-conspirators. Defendant WORTHAM or others approved the fictitious invoices submitted by Hudson.

13. Defendant WORTHAM also recruited Hines and Conspirator 1, who was a Senior Human Resources Assistant at Amazon, into the scheme to establish additional fake vendor accounts after she began the fraudulent scheme. Hines and Conspirator 1 provided information to Defendant WORTHAM to create additional fake vendor accounts. Defendant WORTHAM or Conspirator 2, who was another Operations Manager at Amazon, approved these vendors for payment.

14. Defendant WORTHAM and Hines submitted fictitious invoices for these fake vendors for payment by Amazon. Defendant WORTHAM, Conspirator 2, or others approved these invoices for payment, even though in truth the fake vendors provided no goods or services to Amazon.

15. Defendant WORTHAM, Hudson, Hines, Conspirator 1, Conspirator 2, and others shared the fraudulent proceeds generated from these fake vendor accounts. The invoices directed payment to bank accounts controlled by them, and Defendant WORTHAM transferred fraudulent proceeds from her accounts to other co-conspirators' accounts.

16. After Defendant WORTHAM left Amazon in or about March 2022, she, Hudson, and Hines continued to submit fictitious invoices to Amazon on behalf of the fake vendors they created. Conspirator 2 approved fictitious invoices after Defendant WORTHAM left Amazon. The conspirators continued to receive fraudulent proceeds from the scheme until in or about June 2022.

17. In total, Defendant WORTHAM and her co-conspirators submitted more than $10 million in fraudulent invoices to Amazon as part of this scheme. The conspirators spent the fraudulent proceeds on themselves, including purchasing real estate, luxury cars, and expensive jewelry.

All in violation of Title 18, United States Code, Section 1349.

### Forfeiture Provision

18. Upon conviction of the offense alleged in this Information, the Defendant, KAYRICKA WORTHAM a/k/a Kayricka Dupree a/k/a Kayricka Young, shall

5

forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of said violations, including, but not limited to, the following:

    a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in this Information.

    b. REAL PROPERTY:

        i. Real property located at 4161 Weaver Street Southeast, Smyrna, Georgia 30080, and all buildings, appurtenances, improvements, and attachments thereon, more particularly described in Attachment A.

19. If, as a result of any act or omission of the Defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and

6

Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
*United States Attorney*

STEPHEN H. MCCLAIN
*Assistant United States Attorney*
Georgia Bar No. 143186

NORMAN L. BARNETT
*Assistant United States Attorney*
Georgia Bar No. 153292

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7

Attachment A

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 694 OF THE 17TH DISTRICT, 2ND SECTION OF COBB COUNTY, GEORGIA, AND BEING THE NORTH HALF OF LOT 6, ALL OF LOT NO. 7 AND 8 AND THE SOUTH 6.25 FEET OF LOT NO. 9, IN BLOCK B OF THE GILMER HEIGHTS SUBDIVISION AS PER PLAT RECORDED IN PLAT BOOK 3, PAGE 78 IN THE OFFICE OF THE CLERK OF SUPERIOR COURT OF COBB COUNTY, GEORGIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EAST SIDE OF WEAVER STREET, 462 1/2 FEET NORTH OF THE NORTHEAST CORNER OF WEAVER STREET AND COOPER LAKE ROAD; RUNNING THENCE NORTH ALONG THE WEST SIDE OF WEAVER STREET 68.75 FEET; THENCE EAST 148 FEET; THENCE SOUTH 68.75 FEET; THENCE WEST 148 FEET TO WEAVER STREET AND THE POINT OF BEGINNING, BEING IMPROVED PROPERTY WITH A HOUSE THEREON KNOWN AS 4161 WEAVER STREET, S.E. SMYRNA, GEORGIA.

TAX ID 17069400340

*ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY_____ Date_____
EXEMPTION IDENTIFICATION NUMBER 219316819 Deposit to the U.S. Treasury
and charge the same to the Clerk of Court of the
UNITED STATES DISTRICT COURT FOR THE*   **FILED IN OPEN COURT**
*NORTHERN DISTRICT OF GEORGIA IN*   U.S.D.C. - Atlanta
*CASE # 1:22-cr-361-TCB*

NOV 30 2022

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA   KEVIN P. WEIMER, Clerk
### ATLANTA DIVISION   By_____ Deputy Clerk

**ATTEST : A TRUE COPY
CERTIFIED THIS**

**MAY 30 2023**

KEVIN P. WEIMER, Clerk
By:_____ Deputy Clerk

UNITED STATES OF AMERICA

v.

KAYRICKA WORTHAM

Criminal Action No.
1:22-cr-00361-TCB

## CONSENT PRELIMINARY ORDER OF FORFEITURE

Kayricka Wortham having pleaded guilty to the Information, pursuant to

which the United States sought forfeiture of certain property under 18 U.S.C. §

982(a)(2), and the Court having determined that the property described below is

subject to forfeiture pursuant thereto, that the Government has established the

requisite nexus between said property and the offense charged in the

Information, and the Defendant having consented to this Consent Preliminary

Order of Forfeiture becoming final as to her, being made a part of her sentence,

and being included in the judgment against her;

IT IS HEREBY ORDERED that Kayricka Wortham shall forfeit to the

United States the following property pursuant to 18 U.S.C. § 982(a)(2):

a. MONEY JUDGMENT:  A personal forfeiture money judgment in the

amount of $9,469,731.45, which represents the proceeds that the

Defendant obtained as a result of the offense in the Information.

*Without recourse pay to the order of Kevin P. Weimer
DBA Clerk of Court of the UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF GEORGIA.*

*/s/_____
All Rights Reserved.
Authorized Representative of
KAYRICKA WORTHAM*

b. FUNDS:

    i.   $1,550,425.36 seized from Navy Federal Credit Union account ending in 6014 on August 12, 2022;

    ii.   $954,950.57 seized from the Wells Fargo Bank NA account ending in 9248 on August 9, 2022;

    iii.   $43,602.43 seized from the Wells Fargo Bank NA account ending in 7057 on August 9, 2022;

    iv.   $133,734.26 seized from the Wells Fargo Bank NA account ending in 9485 on August 9, 2022; and

    v.   $109,895.20 seized from the US Bank National Association account ending in 9030 on August 18, 2022.

c. REAL PROPERTY:

    i.   Real property located at 4161 Weaver Street Southeast, Smyrna, Georgia 30080, and all buildings, appurtenances, improvements, and attachments thereon, more particularly described as:

[Tax Parcel ID No.: 17069400340]
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 694 OF THE 17TH DISTRICT, 2ND SECTION OF COBB COUNTY, GEORGIA, AND BEING THE NORTH HALF OF LOT 6, ALL OF LOT NO. 7 AND 8 AND THE SOUTH 6.25 FEET OF LOT NO. 9, IN BLOCK B OF THE GILMER HEIGHTS SUBDIVISION AS PER PLAT RECORDED IN PLAT BOOK 3, PAGE 78 IN THE OFFICE OF THE CLERK OF SUPERIOR COURT OF COBB COUNTY, GEORGIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EAST SIDE OF WEAVER
STREET, 462 1/2 FEET NORTH OF THE NORTHEAST CORNER
OF WEAVER STREET AND COOPER LAKE ROAD; RUNNING
THENCE NORTH ALONG THE WEST SIDE OF WEAVER
STREET 68.75 FEET; THENCE EAST 148 FEET; THENCE
SOUTH 68.75 FEET; THENCE WEST 148 FEET TO WEAVER
STREET AND THE POINT OF BEGINNING, BEING
IMPROVED PROPERTY WITH A HOUSE THEREON KNOWN
AS 4161 WEAVER STREET, S.E. SMYRNA, GEORGIA.

d. VEHICLES:

    i. One 2019 Lamborghini Urus bearing vehicle identification number ZPBUA1ZL2KLA03008;

    ii. One 2021 Dodge Durango bearing vehicle identification number 1C4SDJH99MC762625;

    iii. One 2022 Tesla Model X bearing vehicle identification number 7SAXCBE51NF332904;

    iv. One 2018 Porsche Panamera bearing vehicle identification number WP0AB2A74JL136623; and

    v. One Kawasaki ZX636 motorcycle bearing vehicle identification number JKBZXJH19MA00976.

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Fed. R. Crim. P. 32.2(b)(6) and in such

a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), as incorporated by 18 U.S.C. § 982(b)(1), any person, other than the named Defendant, asserting a legal interest in the property may within thirty days of the final publication of the notice or their receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of the

4

third-party petitions. The Court shall retain jurisdiction to enforce this order and
to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4),
this Preliminary Order of Forfeiture is hereby final as to the Defendant, but
remains preliminary as to third parties until the ancillary proceeding is
concluded under Rule 32.2(c).

SO ORDERED this _30th_ day of _November_, 2022.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Submitted by:                                    Consented to:

_____                 _____
Norman L. Barnett                                Nicholas A. Lotito
Assistant United States Attorney                 Attorney for Defendant
                                                 Georgia Bar No. _458150_
                                                 Lotito & Kirschenbaum
                                                 1800 Peachtree Street, NW, Suite 300
                                                 Atlanta, Georgia 30309
                                                 nick@nlsklaw.com
                                                 (404) 565-1200

# ALLONGE TO SPECIAL DEPOSIT

I transfer all my right, title, and interest in the following case:

**1:22-cr-00361-TCB; 1:22-cr-361-TCB; 1:22-cr-361**

I authorize payment of the charging instrument(s) to THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION who is now the legal holder of the instrument and entitled to all rights and benefits associated with it.

DATE: June 16, 2023

PAY TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

By: _____
KAYRICKA WORTHAM
WITHOUT RECOURSE
TITLE: Legal Representative

MEMO: FOR CREDIT ON CASE #: 1:22-cr-00361-TCB; 1:22-cr-361-TCB; 1:22-cr-361

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

**Administration for DOC Prep ONLY**

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

┌
K.Wortham
PO Box 366294
Atlanta Ga 30336
└

CTY≠  YEAR        UCC ≠
0602023-03718
Filed and Recorded Jun-02-2023 12:07pm
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

| Print | Reset |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **KAYRICKA WORTHAM** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| MDOH @ 201 W. Preston Street | Baltimore | MD | 21201 2399 | US |

2. DEBTOR'S NAME:  Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **KAYRICKA DUPREE** | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 201 W. Preston Street | Batimore | MD | 21201 2399 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| wortham:   natural person/living | kayricka | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Rural Free Delivery | Private Land | GA | 00000 | US |

4. COLLATERAL:  This financing statement covers the following collateral:
**This is actual constructive public notice by Grantor (Kayricka Dupree), that she is owner and holder of all right, title, and interest in case# 1:22-cr-361; 1:22-cr-361-TCB; 1:22-cr-00361; 1;22-cr-00361-TCB with non–negotiable instrument claim# RE-410687752-US01 with all bonds, attachments, proceeds, property, accounts, products, and fixtures there from as being held in private.**

**NOTICE: UCC- Property- entry of debtor/defendant in Commercial Registry Transmitting utilities property reg public notice entity UCC Contract Trust ALL Property accepted for value exexpt fromm levy.**

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:          6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility    ☐ Agricultural Lien  ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Debtor: KAYRICKA WORTHAM                    Secured Party: dupree: kayricka:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

CTY# YEAR    UCC #
0602023-03718

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**KAYRICKA WORTHAM**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

| Print | Reset |
| --- | --- |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only _one_ additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
**KAYRICKA YOUNG**

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **201 W. Preston Street** | **Baltimore** | **MD** | **21201 2399** | **US** |

**11.** ☑ ADDITIONAL SECURED PARTY'S NAME _or_ ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only _one_ name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| **young** | **kayricka** | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **Rural Free Delivery** | **Private Lands** | **GA** | **00000** | **US** |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**ALL RIGHTS RESERVED. To do so would be under "Duress" and be deemed non or not legally binding. To include a party in commerce, private, legal or illegal, country, nation, by lawful, living, dead or of conscious mind. All rights reserved.**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

CTY# YEAR    UCC #
0602023-03718
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**KAYRICKA WORTHAM**

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

| Print | Reset |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
**CASE# 1:22-cr-00361-TCB        CASE# 4812A2793        SYMBOL# VFIXX**

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

10c. MAILING ADDRESS          CITY          STATE  POSTAL CODE          COUNTRY

11. ☑ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME          ADDITIONAL NAME(S)/INITIAL(S)  SUFFIX
**dupree**                            **kayricka**

11c. MAILING ADDRESS                  CITY                STATE  POSTAL CODE          COUNTRY
**Rural Free Delivery**               **Private Lands**   **GA**  **00000**           **US**

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**ALL RIGHTS RESERVED. To do so would be under "Duress" and be deemed non or not legally binding. To include a party in commerce, private, legal or illegal, country, nation, by lawful, living, dead or of conscious mind. All rights reserved.**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Administration for DOC Prep ONLY**

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**K.Wortham**
**PO Box 366294**
**Atlanta GA 30336**

CTY# YEAR    UCC #
**0602023-03745**
Filed and Recorded Jun-05-2023 02:20pm
**CATHELENE ROBINSON**
Clerk of Superior Court
Fulton County, Georgia

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**0602023-03718**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **KAYRICKA WORTHAM** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Kayricka Wortham** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral

Indicate collateral:
**This is actual constructive public notice by Grantor, that she is owner and holder of all rights, title, and interest in case# 1:22-cr-361; 1:22-cr-361-TCB; 1:22-cr-00361; 1:22-cr-00361-TCB with non- negotiable instrument transfered by RE-410687752-US01 with all bonds, attachments, proceeds, property, accounts, products, and fixtures there from as being held in private.**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **dupree** | **kayricka** | | |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# NOTICE TO CLAIM

To Whom It May Concern:

This is actual constructive public Notice by Grantor, Kayricka DuPree, that she is owner and holder of all right title and interest in case # 1:22-cr-361; 1:22-cr-361-TCB; 1:22-cr-00361; 1:22-cr-00361-TCB with the non-negotiable instrument claim number RE-410687752-US01 with all attachments, bonds, proceeds, property, accounts, products and fixtures therefrom as being held in private.

NOTICE: UCC- Property- entry of debtor/defendant in Commercial Registry utility property red public notice entry UCC contract trust ALL property accepted for value exempt from levy.

By: /s/ _____
owner, attorney in fact, living [wo]man, Affiant,
Without recourse, all rights reserved before God.

Attachments:

Exhibit A – UCC1 and Addendums

**RECEIVED**

JUN 0 9 2023

CATHELENE ROBINSON, C.S.C.

D.C.S.C. Fulton Co., GA

Acknowledgment for an Individual

State of Georgia

County of _Clayton_

This record was acknowledged before me on ___5-30-2023___
Date

by __Kayricka Wortham__
Printed name of individual signing document

who is

_____ personally known

or

_X_ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

_C. Olivia Ricard_
(signature of notary public)

Notary Public, State of Georgia                    Stamp/Seal

My commission expires: _2-12-27_

C. OLIVIA RICARD
NOTARY
My Comm. Expires
FEBRUARY 12, 2027
HENRY COUNTY, GEORGIA
PUBLIC

Acknowledgment Ver D.docx

# NOTICE TO TRANSFER

To Whom It May Concern:

This is actual constructive public Notice by Grantor, <u>Kayricka DuPree</u>, that she is owner and holder of all right title and interest in case # <u>1:22-cr-361; 1:22-cr-361-TCB; 1:22-cr-00361; 1:22-cr-00361-TCB</u> with the non-negotiable instrument transferred by number <u>RE-410687752-US01</u> with all attachments, bonds, proceeds, property, accounts, products and fixtures therefrom as being held in private.

NOTICE: UCC- Property- entry of debtor/defendant in Commercial Registry utility property red public notice entry UCC contract trust ALL property accepted for value exempt from levy.

By: /s/ _[signature]_

owner, attorney in fact, living [wo]man, Affiant,
Without recourse, all rights reserved before God.

Attachments:

Exhibit A – UCC3

RECEIVED

JUN 0 9 2023

CATHELENE ROBINSON, C.S.C.

D.C.S.C. Fulton Co., GA

**Acknowledgment for an Individual**

State of Georgia

County of ___Clayton___

This record was acknowledged before me on ___5-30-2023___
<br>Date

by ___Kayriika Wortham___,
<br>Printed name of individual signing document

who is

____personally known

or

_X_ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

___C. Olivia Ricard___
<br>(signature of notary public)

Notary Public, State of Georgia                    Stamp/Seal

My commission expires: _2-12-27_

C. OLIVIA RICARD
<br>NOTARY
<br>My Comm. Expires
<br>FEBRUARY 12, 2027
<br>HENRY COUNTY, GEORGIA
<br>PUBLIC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DuPree, Kayricka
5686 Fulton Industrial Blvd #366294
Atlanta, Georgia [30336]

9590 9402 6414 0303 4731 97

2. Article Number (Transfer from service label)

RE 410 687 752 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kayricka, grantee_   □ Agent
_DuPree_   □ Addressee

B. Received by (Printed Name)          C. Date of Delivery
Kayricka, grantee   12/23/22

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

DEC 23 2022

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
☒ Registered Mail Restricted Delivery
□ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6414 0303 4731 97

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

DuPree, Kayricka
5686 Fulton Industrial Blvd #36294
Atlanta, Georgia